# In the United States Court of Federal Claims

**89-218 L**

**Filed: November 8, 2005**

**THE CHEROKEE NATION OF OKLAHOMA**

**v.**

**THE UNITED STATES**

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PATTON BOGGS LLP'S MOTION TO INTERVENE AND MOTION FOR ATTORNEYS FEES**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.