# ATTORNEYS' CONTRACT

THIS memorializes the parties' Agreement (the "Contract"), confirmed on March 13, 1991, by and between the Cherokee Nation of Indians of the State of Oklahoma ("Cherokee Nation") and Patton, Boggs & Blow, Washington, D.C. (the "Attorneys").

WITNESSETH: That the Cherokee Nation has extended by incorporating by reference the Contract entered into with the Attorneys on the 17th day of April, 1989, under authority of a Resolution of the Council of said Cherokee Nation, adopted at Tahlequah, Oklahoma on the 20th day of May, 1989, and approved and assigned number TAC-012-89 on the 13th day of November, 1989, pursuant to authority delegated by the Commissioner of Indian Affairs in 10 BIAM 3. This Contract shall be effective for two (2) years commencing on July 2, 1990 and running to July 2, 1992, and may be extended for periods of five (5) years each from the date of its expiration, at the option and written request of the Attorneys, with all approvals required by United States law and Cherokee Nation tribal law.

IN WITNESS OF THIS MEMORIALIZATION, we have hereunto set our hands on this 13 day of March, 1991.

Wilma P. Mankiller
Principal Chief on behalf of
Cherokee Nation of Indians
of the State of Oklahoma

Joe E. Reeder, on behalf of
PATTON, BOGGS & BLOW
Washington, D.C.

Approved pursuant to authority delegated by the Commissioner of Indian Affairs in 10 BIAM 3.

10/5/91
Date

Acting Area Director
Muskogee Area Office

*Cherokee Nation v. United States*
No. 89-218 (Fed. Cl.)
**CN Ex. A-1**

CHEROKEE NATION OF OKLAHOMA
COUNCIL OF
THE CHEROKEE NATION
RESOLUTION NO. 61-91

CALLING FOR AN ATTORNEY'S AGREEMENT

WHEREAS, the Cherokee Nation of Oklahoma is a federally recognized Indian Tribe, organized in accordance with a Constitution approved by the Commissioner of Indian Affairs on September 5, 1975 and ratified June 26, 1976; and

WHEREAS, the Cherokee Nation of Oklahoma has retained counsel for the performance of the Attorneys' Contract heretofore approved by Resolution No. 31-89, on the 20th day of May, 1989; to prosecute to final conclusion any and all claims which the Cherokee Nation has been specifically authorized to present by Act of Congress (96 Stat. 1944); and

WHEREAS, the Council of the Cherokee Nation of Oklahoma is fully advised of the professional qualifications and abilities of Patton, Boggs & Blow of Washington, D.C.; and

NOW THEREFORE BE IT RESOLVED BY THE COUNCIL OF THE CHEROKEE NATION OF OKLAHOMA, that the Secretary of the Interior or his authorized representative is hereby requested to approve the aforesaid Contract.

NOW THEREFORE BE IT RESOLVED BY THE COUNCIL OF THE CHEROKEE NATION OF OKLAHOMA, that the Principal Chief and/or her designee be authorized to sign the necessary documents to consumate said Contract.

CERTIFICATION

The foregoing resolution was adopted by the Council of the Cherokee Nation at a duly called meeting on the 13th day of JULY, 1991, having 11 members present, constituting a quorum, by the vote of 11 yea; 0 nay; 0 abstaining.

John A. Ketcher, President
Cherokee Nation Council

ATTEST:

Gary D. Chapman, Secretary-Treasurer
Cherokee Nation of Oklahoma

Approved this 13th day of JULY, 1991.

Wilma P. Mankiller, Principal Chief
Cherokee Nation of Oklahoma

*Cherokee Nation v. United States*
No. 89-218 (Fed. Cl.)
**CN Ex. A-2**

ATTORNEYS' CONTRACT

THIS AGREEMENT (the "Contract" ) is made and entered into this 12th day of May, 1992, by and between the Cherokee Nation of Indians of the State of Oklahoma ("Cherokee Nation") and Patton, Boggs & Blow, Washington, D.C. (the "Attorneys").

WITNESSETH: That the Cherokee Nation has extended by incorporating by reference the Contract entered into with the Attorneys on the 17th day of April, 1989, under authority of a Resolution of the Council of said Cherokee Nation, adopted at Tahlequah, Oklahoma on the 20th day of May, 1989, and approved and assigned number TAC-012-89 on the 13th day of November, 1989, pursuant to authority delegated by the Commissioner of Indian Affairs in 10 BIAM 3. This Contract shall be effective for five (5) years commencing on July 2, 1992 and running to July 2, 1997, and may be extended for periods of five (5) years each from the date of its expiration, at the option and written request of the Attorneys, with all approvals required by law.

IN WITNESS OF THIS MEMORIALIZATION, we have hereunto set our hands on this 12th day of May, 1992.

Wilma P. Mankiller
Principal Chief on behalf of
Cherokee Nation of Indians
of the State of Oklahoma



*Cherokee Nation v. United States*
No. 89-218 (Fed. Cl.)
**CN Ex. A-3**

Joe R. Reeder, on behalf of
PATTON, BOGGS & BLOW
Washington, D.C.

Approved pursuant to authority delegated by the Commissioner of Indian Affairs in 10 BIAM 3.

Date

Merritt Youngdeer
Area Director
Muskogee Area Office