IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA, | * | |
| Plaintiff, | * | Case No. 89-218 |
| *v.* | * | Chief Judge Edward H. Damich |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**Motion for Leave to Appear as Special Counsel to the Cherokee Nation for the Limited Purpose of the Proceedings on the Motions Filed by Patton Boggs LLP for Intervention and Attorneys Fees**

Plaintiff, Cherokee Nation, respectfully moves for leave to have Arthur Lazarus, Jr., of Sonosky, Chambers, Sachse, Endreson & Perry, LLP, appear as special counsel to the Cherokee Nation for the limited purpose of the proceedings before this Court on the motions filed by Patton Boggs LLP for intervention and for attorneys fees. In support of this motion, Plaintiff states as follows:

1. The motions filed by Patton Boggs LLP for intervention and attorneys fees challenge the award of fees made to counsel of record for the Cherokee Nation in this case, James G. Wilcoxen. Because counsel of record for the Cherokee Nation has a personal interest in the attorney fee issue, he prefers that the interests of the Cherokee Nation on the issues raised by Patton Boggs' motions be represented by other counsel, namely Arthur Lazarus, Jr., with the lawfirm of Sonosky Chambers, Sachse, Endreson and Perry, LLP. This limited appearance by Arthur Lazarus, Jr. would not alter the fact that Mr. Wilcoxen is and would remain as counsel of record for the Cherokee Nation for all other purposes and all other proceedings in this case.

2. Mr. Lazarus is admitted to practice in the Court of Federal Claims, has

considerable experience in practice before the Court, and has become familiar with the proceedings related to the motions filed by Patton Boggs.

Wherefore Plaintiff Cherokee Nation respectfully prays that this Court enter an order granting this motion and granting Arthur Lazarus Jr, leave to appear as special counsel to the Cherokee Nation for the limited purpose of the proceedings on the motions filed by Patton Boggs in this case.

Respectfully submitted,

Dated: November 17, 2005

Arthur Lazarus, Jr. by Anne D. Noto

Arthur Lazarus, Jr.
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W. Suite 600
Washington D.C. 20005
(202) 682-0240
(202) 682-0249 (fax)
alazarus@sonosky.com

Special Counsel for Plaintiff Cherokee Nation

Of Counsel:

Lloyd Benton Miller
Donald J. Simon
Anne D. Noto
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W. Suite 600
Washington D.C. 20005
(202) 682-0240
(202) 682-0249 (fax)
lloyd@sonosky.net
dsimon@sonosky.com
anoto@sonosky.com