IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA, | * | |
| Plaintiff, | * | Case No. 218-89 |
| v. | * | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * *

**NOTICE OF PATTON BOGGS LLP'S INTENTION TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO INTERVENE AND ITS MOTION FOR ATTORNEYS FEES**

NOW COMES, proposed intervenor Patton Boggs LLP, through counsel, pursuant to this Court's October 24, 2005 Scheduling Order, to notify the Court of its intention to file a Reply Brief in support of its pending Motion to Intervene and its pending Motion for Attorneys Fees.

Respectfully submitted this 21st day of November, 2005,

David S. Panzer (DC Bar No. 470677)
David P. Callet (DC Bar No. 181990)
GREENBERG TRAURIG LLP
800 Connecticut Ave, NW,
Suite 500
Washington, DC 20006
202-331-3100
202-331-3101 (fax)
panzerd@gtlaw.com
calletd@gtlaw.com