IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA, | * | |
| Plaintiff, | * | Case No. 89-218 |
| *v.* | * | Chief Judge Edward H. Damich |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**Cherokee Nation's Unopposed Motion for Leave to File A Correct Exhibit A-2**

Plaintiff, Cherokee Nation, respectfully moves for leave to file a corrected copy of Cherokee Nation's Exhibit A-2 which was to accompany the Cherokee Nation's Opposition to Motion to Intervene by Patton Boggs LLP. A document different from that discussed in the Opposition was inadvertently reproduced as Exhibit A-2 when the brief was filed. The correct Exhibit A-2 is submitted with this motion. The Nation has advised counsel for the United States and Patton Bogss LLP of the need to make this correction, and they state that they have no objection to this motion.

Wherefore Plaintiff Cherokee Nation respectfully prays that this Court grant Plaintiff leave to file the attached correct Exhibit A-2.

Respectfully submitted,

Dated: November 21, 2005

Arthur Lazarus, Jr.
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W. Suite 600
Washington D.C. 20005
(202) 682-0240; (202) 682-0249 (fax)
alazarus@sonosky.com
Special Counsel for Plaintiff Cherokee Nation

Of Counsel:

Lloyd Benton Miller
Donald J. Simon
Anne D. Noto
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W. Suite 600
Washington D.C. 20005
(202) 682-0240
(202) 682-0249 (fax)
lloyd@sonosky.net
dsimon@sonosky.com
anoto@sonosky.com

United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
MUSKOGEE AREA OFFICE
MUSKOGEE, OKLAHOMA 74401

IN REPLY REFER TO:
Tribal Operations

OCT 3 1991

Honorable Wilma Mankiller
Principal Chief, Cherokee Nation of Oklahoma
Attention: Mr. Tommy Thompson
Executive Director, Tribal Operations
P. O. Box 948
Tahlequah, Oklahoma 74464

Dear Chief Mankiller:

This is to acknowledge receipt of the executed contract between the Cherokee Nation of Oklahoma and the law firm of Patton, Boggs, and Blow. Accompanying this contract was authorizing Resolution No. 61-91.

The contract was originally approved for 18 months starting on January 1, 1989, and ending on July 1, 1990. The contract included a provision for the extension of the contract for periods of two (2) years each from the date of its expiration, at the option and written request of the attorneys, with all approvals required by law.

The extension of this contract has been approved for two (2) years commencing on July 2, 1990, and running to July 2, 1992, and may be extended for periods of five (5) years each from the date of its expiration, at the option and written request of the attorneys, with all approvals required by the United States law and Cherokee Nation tribal law.

We are enclosing two (2) copies of the approved contract with the request that you furnish your attorneys with a copy.

Sincerely,

Acting Area Director

Attachment

*Cherokee Nation v. United States*
No. 89-218 (Fed. Cl.)
**CN Ex. A-2**