CHEROKEE NATION OF OKLAHOMA

COUNCIL OF

THE CHEROKEE NATION

RESOLUTION NO. 31-89

CALLING FOR THE EXECUTION OF ATTORNEY CONTRACT

WHEREAS, the Cherokee Nation of Oklahoma is a federally recognized Indian Tribe, organized in accordance with a Constitution approved by the Commissioner of Indian Affairs on September 5, 1975 and ratified June 26, 1976; and

WHEREAS, the Cherokee Nation of Oklahoma wishes to retain the assistance of Patton, Boggs & Blow, Washington, D.C. to prosecute in the United States Courts to final conclusion any and all claims which the Cherokee Nation may have under any treaty or Act of Congress or other laws relating to damage to said Cherokee Nation tribal lands, except any claims specifically authorized by Act of Congress (96 Stat. 1944); and

WHEREAS, the professional qualifications and abilities of Patton, Boggs & Blow of Washington, D.C. are needed; and

NOW THEREFORE BE IT RESOLVED BY THE COUNCIL OF THE CHEROKEE NATION, that Princial Chief Wilma P. Mankiller, is hereby authorized to approve said contract between the Cherokee Nation of Oklahoma and Patton, Boggs & Blow, and;

BE IT FURTHER RESOLVED, that the Secretary of Interior or his authorized representative be requested to approve the aforesaid contract.

CERTIFICATION

The foregoing resolution was adopted by the Council of the Cherokee Nation at a duly called meeting on the 20th day of May, 1989, having 14 members present, constituting a quorum, by the vote of 12 yea; 2 nay; 0 abstaining.

John A. Ketcher, President
Cherokee Nation Council

ATTEST:

Gary D. Chapman, Secretary-Treasurer
Cherokee Nation of Oklahoma