CHEROKEE NATION OF OKLAHOMA
COUNCIL OF
THE CHEROKEE NATION
RESOLUTION NO. 61-91

CALLING FOR AN ATTORNEY'S AGREEMENT

WHEREAS, the Cherokee Nation of Oklahoma is a federally recognized Indian Tribe, organized in accordance with a Constitution approved by the Commissioner of Indian Affairs on September 5, 1975 and ratified June 26, 1976; and

WHEREAS, the Cherokee Nation of Oklahoma has retained counsel for the performance of the Attorneys' Contract heretofore approved by Resolution No. 33-89, on the 20th day of May, 1989; to prosecute to final conclusion any and all claims which the Cherokee Nation has been specifically authorized to present by Act of Congress (96 Stat. 1944); and

WHEREAS, the Council of the Cherokee Nation of Oklahoma is fully advised of the professional qualifications and abilities of Patton, Boggs & Blow of Washington, D.C.; and

NOW THEREFORE BE IT RESOLVED BY THE COUNCIL OF THE CHEROKEE NATION OF OKLAHOMA, that the Secretary of the Interior or his authorized representative is hereby requested to approve the aforesaid Contract.

NOW THEREFORE BE IT RESOLVED BY THE COUNCIL OF THE CHEROKEE NATION OF OKLAHOMA, that the Principal Chief and/or her designee be authorized to sign the necessary documents to consumate said Contract.

CERTIFICATION

The foregoing resolution was adopted by the Council of the Cherokee Nation at a duly called meeting on the 13th day of JULY, 1991, having 11 members present, constituting a quorum, by the vote of 11 yea; 0 nay; 0 abstaining.

John A. Ketcher, President
Cherokee Nation Council

ATTEST:

Gary D. Chapman, Secretary-Treasurer
Cherokee Nation of Oklahoma

Approved this 13th day of JULY, 1991.

Wilma P. Mankiller, Principal Chief
Cherokee Nation of Oklahoma

*Cherokee Nation v. United States*
No. 89-218 (Fed. Cl.)
**CN Ex. A-2**