KRB - FYI

United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
MUSKOGEE AREA OFFICE
MUSKOGEE, OKLAHOMA 74401

IN REPLY REFER TO:
Tribal Operations

AUG 12 1991

Honorable Wilma P. Mankiller
Principal Chief, Cherokee Nation
of Oklahoma
P. O. Box 948
Tahlequah, Oklahoma 74465

Dear Chief Mankiller:

This is to acknowledge receipt of a copy of the extension (attorney contract) between Patton, Boggs, and Blow and the Cherokee Nation of Oklahoma. This office also received Resolution No. 61-91 which was passed by the Cherokee Nation Council on Saturday, July 13, 1991, authorizing execution of subject contract.

Upon reviewing the contract, it was discovered that the document was not signed by Mr. Joe Reeder on behalf of Patton, Boggs, and Blow law firm. Please obtain the proper signature on the enclosed extension and return to this office. We will, in turn, proceed with the approval of the extension as authorized by the attorney contract approved on November 13, 1989, by the Muskogee Area Director.

Upon approval, the contract will be effective for two (2) years commencing on July 2, 1990, and running to July 2, 1992, and may be extended for periods of five (5) years each from the date of its expiration, at the option and written request of the attorneys, with all approvals required by United States law and Cherokee Nation tribal law.

If you have any questions concerning this matter, please contact Ms. Rosella C. Garbow, Area Tribal Operations Officer, at (918) 687-2312.

Sincerely,

Area Director

Enclosure