C.C. Tommy Thompson

United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
MUSKOGEE AREA OFFICE
MUSKOGEE, OKLAHOMA 74401

IN REPLY REFER TO:
Tribal Operations

OCT 3 1991

Honorable Wilma Mankiller
Principal Chief, Cherokee Nation of Oklahoma
Attention: Mr. Tommy Thompson
Executive Director, Tribal Operations
P. O. Box 948
Tahlequah, Oklahoma 74464

Dear Chief Mankiller:

This is to acknowledge receipt of the executed contract between the Cherokee Nation of Oklahoma and the law firm of Patton, Boggs, and Blow. Accompanying this contract was authorizing Resolution No. 61-91.

The contract was originally approved for 18 months starting on January 1, 1989, and ending on July 1, 1990. The contract included a provision for the extension of the contract for periods of two (2) years each from the date of its expiration, at the option and written request of the attorneys, with all approvals required by law.

The extension of this contract has been approved for two (2) years commencing on July 2, 1990, and running to July 2, 1992, and may be extended for periods of five (5) years each from the date of its expiration, at the option and written request of the attorneys, with all approvals required by the United States law and Cherokee Nation tribal law.

We are enclosing two (2) copies of the approved contract with the request that you furnish your attorneys with a copy.

Sincerely,

Acting Area Director

Attachment

*Cherokee Nation v. United States*
No. 89-218 (Fed. Cl.)
**CN Ex. A-2**