ATTORNEYS' CONTRACT

THIS AGREEMENT (the "Contract" ) is made and entered into this 12th day of May, 1992, by and between the Cherokee Nation of Indians of the State of Oklahoma ("Cherokee Nation") and Patton, Boggs & Blow, Washington, D.C. (the "Attorneys").

WITNESSETH: That the Cherokee Nation has extended by incorporating by reference the Contract entered into with the Attorneys on the 17th day of April, 1989, under authority of a Resolution of the Council of said Cherokee Nation, adopted at Tahlequah, Oklahoma on the 20th day of May, 1989, and approved and assigned number TAC-012-89 on the 13th day of November, 1989, pursuant to authority delegated by the Commissioner of Indian Affairs in 10 BIAM 3. This Contract shall be effective for five (5) years commencing on July 2, 1992 and running to July 2, 1997, and may be extended for periods of five (5) years each from the date of its expiration, at the option and written request of the Attorneys, with all approvals required by law.

IN WITNESS OF THIS MEMORIALIZATION, we have hereunto set our hands on this 12th day of May, 1992.

Wilma P. Mankiller
Principal Chief on behalf of
Cherokee Nation of Indians
of the State of Oklahoma

Joe R. Reeder, on behalf of
PATTON, BOGGS & BLOW
Washington, D.C.

Approved pursuant to authority delegated by the Commissioner of Indian Affairs in 10 BIAM 3.

Date

Merritt Youngdeer
Area Director
Muskogee Area Office