| Citation | Found Document | Rank 1 of 1 | Database |
|---|---|---|---|
| 5 USCA S 702 | | | USCA |

5 U.S.C.A. § 702

C



Effective: [See Text Amendments]

TEXT
UNITED STATES CODE ANNOTATED
TITLE 5. GOVERNMENT ORGANIZATION AND EMPLOYEES
PART I--THE AGENCIES GENERALLY
CHAPTER 7--JUDICIAL REVIEW
§ 702. Right of review
TEXT

A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: *Provided*, That any mandatory or injunctive decree shall

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.