IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | * | Case No. 218-89<br><br>Chief Judge Edward H. Damich |
| * * * * * * | * | * * * * * |
| PATTON BOGGS LLP,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | * | |
| * * * * * * | * | * * * * * |

**RULE 7.1(a) DISCLOSURE STATEMENT**

Now comes Patton Boggs LLP ("PB"), pursuant to Court of Federal Claims Rule 7.1, and states that PB has no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Respectfully submitted this 11th day of January, 2006,

PATTON BOGGS, LLP

David P. Callet (DC Bar No. 181990)
David S. Panzer (DC Bar No. 470677)
GREENBERG TRAURIG LLP
800 Connecticut Ave, NW,
Suite 500
Washington, DC 20006
202-331-3100
202-331-3101 (fax)
calletd@gtlaw.com
panzerd@gtlaw.com