IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA, | * | |
| Plaintiff, | * | |
| | * | Case No. 89-218L |
| v. | * | |
| | * | Chief Judge Edward H. Damich |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |
| PATTON BOGGS LLP, | * | |
| Intervenor-Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |

**MOTION TO SHORTEN TIME**
**TO FILE AN ANSWER OR AN APPROPRIATE MOTION**

Patton Boggs LLP ("PB"), through counsel, hereby moves this Court pursuant to R.C.F.C. 7(b)(1) to shorten the government's time to file an answer or otherwise respond to PB's complaint. In support of its motion, PB states as follows:

1. In its Opinion and Order of December 19, 2005, this Court required PB to file a complaint in intervention by January 19, 2006 and required the government to file an answer or an appropriate motion by February 20, 2006. PB filed its complaint January 11, 2006, eight days early.[1] Thus, PB moves this Court to require the government to file its answer or an appropriate motion by February 13, 2006, seven days earlier than presently due.

[1] Courtesy copies of the complaint were e-mailed to all counsel on the filing date.

2. Requiring the government to file its answer or an appropriate motion by February 13, 2006, provides it with an *additional* day beyond what it would have had to respond had PB filed its complaint on January 19, 2006, as permitted by the Court's order. In setting the government's response date on February 20, the Court already decided to provide the government with a shorter time for response than the Rules prescribe in an effort to "try to dispose of this case as quickly as possible." Dec. 13, 2005 H'rg Tr. 81. In this instance, the Court found a thirty-day response time reasonable under the circumstances, and granting this motion would preserve that thirty-day response time, actually giving the government thirty one days to respond.

3. Additionally, granting this motion would promote judicial economy by allowing this Court to reach the merits "as quickly as possible." *Id.* Unlike most cases, the parties here have fully briefed their respective positions and presented them to the Court.[2] Through the course of five submissions and two hearings, the parties have already actively litigated these claims. Consequently, each side is aware of the others' theories of the case, and the Court has stated that there appear to be no facts left in dispute. *Id.* at 80. Thus, the government stands to lose nothing in the granting of this motion, while all parties, and this Court, stand to benefit from a speedier resolution to this matter.

WHEREFORE, PB respectfully requests that this Court grant its Motion to Shorten Time to File an Answer and require the government to file such answer or otherwise respond to PB's complaint by February 13, 2006.

---

[2] As stated in the Opinion and Order, PB filed a Motion to Intervene on October 19, 2005. The Court held a hearing on the motion the following day and ordered PB to file a supplemental brief, which it did on November 8, 2005. Both Defendant and Plaintiff filed Responses and PB filed a Reply. The Court held a second hearing to decide the matter on December 13, 2005. *See* Docket.

Respectfully submitted this 12th day of January, 2006,

PATTON BOGGS, LLP

David P. Callet (DC Bar No. 181990)
David S. Panzer (DC Bar No. 470677)
GREENBERG TRAURIG LLP
800 Connecticut Ave, NW,
Suite 500
Washington, DC 20006
202-331-3100
202-331-3101 (fax)
calletd@gtlaw.com
panzerd@gtlaw.com