**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 218-89 L**<br><br>**Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 630-89 L** |

**JOINT STATUS REPORT**

The parties submit the following information with respect to appropriations made to implement the 2002 Settlement Act and the current balances in the respective trust accounts established for the plaintiffs pursuant to the Act:

The present balance in the Cherokee trust account is $11,940,512.66.

The current balance in the Cherokee "Special Holding Account" (set up under the Act to hold ten percent of the total allocation to the Cherokee Nation, or ten percent of $20,000,000) is $1,493,483.17. (The "Special Holding Account was established by the Act to finance all or part of any money damages award which might be made by the CFC to a "claimant" tribe, such as the UKB, whose suit was dismissed; the dismissal is being appealed.)

The current balance in the escrow account for Cherokee attorney fees is $389,389.28. At the beginning of Fiscal Year 2007, Congress will be appropriating approximately $500,000.00 to be deposited in this account.

Finally, the Cherokee Nation and the United States are preparing their respective responses to the Complaint in Intervention filed by Patton Boggs on January 11, 2006.

The current balance in the trust account for the Choctaw Nation is $4,660,486.50. The Choctaw Nation has received the following amounts:

FY 2004: $3,750,000.00

FY 2005: $3,163,299.00

FY 2006: $3,426,214.50.

The current balance in the trust account for the Chickasaw Nation is $1,378,745.50. The Chickasaw Nation has received the following amounts:

FY 2004: $1,250,000.00

FY 2005: $1,229,183.00

FY 2006: $1,142,071.50.

Plaintiffs' counsel have authorized the government's counsel to sign this Joint Status Report for them.

Dated this 31st day of January, 2006.

Respectfully submitted,

s/James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 North 5th Street
Muskogee, Oklahoma 74401
(918) 683-6696

Attorney of Record for the Cherokee Nation

s/Bob Rabon
BOB RABON
Kile, Rabon & Wolf
114 North 2nd Street
P.O. Box 726
Hugo, Oklahoma 74743
(580) 326-6427

Attorney of Record for the Choctaw Nation of Oklahoma and the Chickasaw Nation

s/James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663

Attorney of Record for the United States