**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | **No. 218-89L** |
| **Defendant.** | ) | |
| | ) | **Chief Judge Edward J. Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 630-89L** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendants.** | ) | |

**JOINT MOTION TO STRIKE JOINT STATUS REPORT**
**AND FOR LEAVE TO SUBSTITUTE CORRECTED REPORT**

The parties filed with the Court a Joint Status Report on January 31, 2006. Because of mis-communication between the attorneys, the filed Report was incorrect in certain respects. The parties move to strike the filed Report and request leave to file a corrected Report no later than February 6, 2006.

Dated this the 1st day of February, 2006.

Respectfully submitted,

s/James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 North 5th Street
Muskogee, OK 74401
(918) 683-6696

Attorney of Record for the Cherokee Nation

s/Bob Rabon
BOB RABON
Rabon, Wolf & Rabon
402 E. Jackson
P.O. Box 726
Hugo, OK 74743
(580) 326-6427

Attorney of Record for the Choctaw Nation of Oklahoma and the Chickasaw Nation

s/James M. Upton
JAMES M. UPTON
U.S. Department of Justice Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Attorney for Record for the United States