**Panzer, David S. (Assoc-DC-LT)**

| | |
|---|---|
| **From:** | Panzer, David S. (Assoc-DC-LT) |
| **Sent:** | Monday, January 23, 2006 12:23 PM |
| **To:** | 'James.Upton@usdoj.gov' |
| **Cc:** | Callet, David P. (Shld-DC-LT) |
| **Subject:** | Cherokee v. US: CoFC Order |

CoFC_Ord.pdf (936 KB)

Jim,

Per your request, here is a copy of Judge Damich's order granting intervention. Per our discussion, please let me know what Mr. Simpson says about whether any money has been transferred out of the attorney escrow account following the lifting of the consent injunction.

Best regards,
David