**FACISMILIE**
Cover sheet

Charles "Chuck" Hoskin
Cherokee Nation District 9 Representative
339 N. Adair
Vinita, OK 74301
Phone/FAX (918) 256-3229

To: Ralph Keen Jr.

FAX # 918-696-3576

Re: Attorney payment resolution

Date: 3-15-05

Pages: 2, including this cover sheet

**COMMENTS:** If I can be of further assistance please do not hesitate to call.

C. J. Hoskin

RESOLUTION NO.________

## COUNCIL OF THE CHEROKEE NATION

### A RESOLUTION APPROVING THE RECOMMENDATIONS OF THE OFFICE OF GENERAL COUNSEL FOR PAYMENT OF ATTORNEY FEES FROM THE ARKANSAS RIVERBED SETTLEMENT FUND AND AUTHORIZING THE PRINCIPAL CHIEF TO SUBMIT THE PAYMENT PLAN TO THE BUREAU OF INDIAN AFFAIRS – PATTON & BOGGS

**WHEREAS,** the Cherokee Nation since time immemorial has exercised the sovereign rights of self-government in behalf of the Cherokee people;

**WHEREAS,** the Cherokee Nation is a federally recognized Indian Nation with a historic and continual government to government relationship with the United States of America;

**WHEREAS,** the Cherokee Nation owns portions of the Arkansas Riverbed as recognized by the Supreme Court of the United States in *Choctaw v. United States*;

**WHEREAS,** the United States of America and the Cherokee Nation have agreed on a plan for compensation regarding the mismanagement of the Nation's property by the United States, including payment of attorney's fees associated with the Arkansas Riverbed litigation, pursuant to 25 U.S.C.A. § 1779(d) of the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act;

**WHEREAS,** under this Act the Secretary shall pay to the attorneys those fees provided for in the individual attorney fee contracts as approved by the respective Indian Nations;

**WHEREAS,** the Act also provides that the total fees payable to attorneys under such contracts shall not exceed 10 percent of that Indian Nation's allocation of appropriated funds.

**WHEREAS,** the General Counsel of the Cherokee Nation has reviewed the various attorney contracts, billings and previous payments associated with the Arkansas Riverbed litigation and has made the following specific finding that the Patton, Boggs firm is entitled to $151,000;

**WHEREAS,** the General Counsel consulted with an independent law firm, who concurred with these findings;

**WHEREAS,** in fiscal year 2004, a total of $9,935,000 of the $40,000,000 settlement has been appropriated, of which $4,500,000 has been paid to the Cherokee Nation, thus limiting attorney fees from the Cherokee share of the appropriations to $450,000,

**WHEREAS,** Principal Chief Chad Smith has approved these payments, and recommends them for approval by this Council to be paid from the settlement funds proportionately to the attorneys as funds are appropriated in the federal budget, with any unpaid balances proportionately paid from the funds in succeeding years as they are appropriated, not to exceed 10% of the Cherokee allocation of the settlement;

**BE IT RESOLVED BY THE CHEROKEE NATION,** that the Council endorses and approves the above recommendations of the Office of General Counsel for disbursement of attorney's fees to the appropriate firms and individuals who have earned payment by their legal work for the Nation, and that the Principal Chief is hereby authorized to submit this plan to the Bureau of Indian Affairs for approval for payment from Cherokee Nation trust funds as funds are appropriated by the Congress, and in accordance with the aforementioned legislation.