**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **PATTON BOGGS,** | ) | |
| | ) | |
| **Plaintiff-Intervenor** | ) | |
| | ) | |
| | ) | **No. 218-89 L** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | **Chief Judge Edward Damich** |

| | | |
|---|---|---|
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 630-89 L** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

The parties hereby jointly move for an enlargement of time of seven days from February 6, 2006, to, and including, February 13, 2006, in which to file their new joint status report. In support of this motion, the parties state as follows:

1. On January 31, 2006, the parties (except for Patton Boggs with whom counsel

for Defendant inadvertently failed to consult) filed the Joint Status Report (JSR);

2. Because of a miscommunication between counsel for the plaintiff tribes and counsel for Defendant, some of the information in the JSR was incorrect;

3. A Joint Motion to Strike the Joint Status Report was filed on February 1, 2006; the motion stated that a corrected JSR would be filed by February 6, 2006;

4. Counsel for Patton Boggs, David Callet, contacted defendant's counsel on February 2, 2006, to object to the failure to include Patton-Boggs, plaintiff-intervenor, in the January 31st JSR;

5. On February 6, 2006, counsel for Defendant has a telephone conversation in which Mr. Callet requested that the JSR contain; (a) the amounts appropriated for the Cherokee Nation in each of fiscal years 2004, 2005, and 2006; and (b) the amounts earmarked for attorney fees out of the amounts appropriated;

6. Defendant's counsel informed Mr. Callet that this information could not be obtained by C.O.B. today, and that he would file a Joint Motion for Enlargement of Time to File the JSR today.

Counsel for the plaintiff three Indian Nations and counsel for Patton Boggs have authorized the Defendant's counsel to sign for them.

This is the second request for an enlargement of time to file the JSR which the parties have made.

Dated this 6th day of February, 2006.

Respectfully submitted,

s/James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 North 5th Street
Muskogee, Oklahoma 74401
(918) 683-6696

Attorney of Record for the Cherokee Nation

s/Bob Rabon
BOB RABON
Kile, Rabon & Wolf
114 North 2nd Street
P.O. Box 726
Hugo, Oklahoma 74743
(580) 326-6427

Attorney of Record for Choctaw Nation of Oklahoma and Chickasaw Nation

s/David S. Panzer
DAVID S. PANZER
Greenberg Taurig
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3144

Attorney of Record for Patton Boggs, Plaintiff-Intervenor

s/James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663

Attorney of Record for the United
States