**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89 L**

| | |
|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** <br> **Plaintiff,** <br> **PATTON BOGGS,** <br> **Plaintiff-Intervenor** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | **No. 218-89 L** <br><br> **Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** <br> **Plaintiffs,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | **No. 630-89 L** |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Defendant hereby moves for an enlargement of time of seven days from February 16,2006, to, and including, February 23 2006, in which to file a Joint Status Report. In support of this motion, the defendant states, as follows:

1. On February 7, 2006, the court entered an Order requiring the Joint Status Report to be filed by February 16, 2006, and requiring that it include the status of the various funds appropriated under the Settlement Act and related matters;

2. Counsel for defendant requested that the Interior Department provide him with information on the relevant accounts which he believed he needed;

3. Counsel for defendant, as was the case previously, drafted the Joint Status Report and sent it to Interior for review;

4. After Interior's review was done, Defendant's counsel e-mailed the draft to the counsel for the respective Plaintiff Nations and to counsel for Plaintiff-Intervenor, Patton Boggs, at about 12;10 p.m. today, February 16th. Counsel for Patton Boggs contacted me shortly after 5:00 p.m. today to inform me he had not received the draft;

5. I telephoned Mr. Panzer and told him I was in the process of inserting additional account information in the draft, as requested by James Wilcoxen, the attorney of record for the Cherokee Nation;

6. As soon as I was done, I faxed the revised draft to Mr. Panzer and he told me he did not receive it until 6:32 p. m;

7. Around 6:45 p. m., I spoke with Mr. Panzer on the telephone. He said the information set out in the draft report regarding the Cherokee accounts aroused a number of concerns all of which he stated he could not articulate at the moment;

8. Mr. Panzer stated he would need another day in order to have sufficient time to review the draft and specify all his concerns;

9. After further discussion, we agreed that I would file for a 7-day enlargement to file the Joint Status Report;

10. I then attempted to again contact Mr. Wilcoxen and Mr. Rabon (the attorney of record for the Choctaw and Chickasaw Nations) to get their agreement to make this a joint enlargement, but they could not be reached; and

11. I concluded there was no choice but to make this Defendant's motion for enlargement.

This is the second request for an enlargement of time to file the Joint Status Report.

Dated this 16th day of February, 2006.

Respectfully submitted,

s/James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663

Attorney of Record for the United States