**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 89-218 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,**<br>**Plaintiff,**<br>**PATTON BOGGS,**<br>**Plaintiff-Intervenor,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | ) | **No. 89-218 L**<br><br>**Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA,**<br>**AND THE CHICKASAW NATION,**<br>**Plaintiffs,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | ) | **No. 89-630 L** |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant hereby moves for an enlargement of time of seven days from February 21, 2006**,** to, and including, February 28, 2006, in which to file its Motion to Dismiss, or, in the Alternative, for Summary Judgment. In support of this motion, defendant states as follows:

1. The Court's Opinion and Order of December 19, 2006, directed the defendant and the Cherokee Nation to file dispositive motions in response to Patton Boggs' Complaint-in-Intervention or, alternatively, file Answers by February 20, 2006. Since February 20, 2006 fell

on a federal holiday, the responsive pleadings are due on February 21, 2006;

2. Counsel for Defendant has completed a draft of the motion to dismiss (or, in the alternative, for summary judgment) and has sent it to the Solicitor's Office for review;

3. The Solicitor's Office has not yet given Defendant's counsel its comments/suggestions;

4. The undersigned's management has suggested substantial changes in the draft; and

5. The Declaration which is to be attached to the motion cannot be finalized and signed today because the Declarant, a BIA official in Albuquerque, is out of his office today.

Counsel for the Cherokee Nation, Don Simon, authorizes the undersigned to state that the CNO does not oppose this motion for enlargement. Counsel for Patton Boggs, David Panzer, authorizes the undersigned to state that Patton Boggs does not oppose this motion.

This is the first request for an enlargement of time which the Defendant has made.

Dated this 21st day of February, 2006.

Respectfully submitted,

s/James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D. C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506

Attorney for Defendant