**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **PATTON BOGGS,** | ) | |
| | ) | |
| **Plaintiff-Intervenor** | ) | |
| | ) | |
| | ) | **No. 218-89 L** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | **Chief Judge Edward Damich** |

| | | |
|---|---|---|
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 630-89 L** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's orders, the parties are filing their new, revised status report which contains information about: (1) appropriations made to implement the Settlement Act; (2) the totals in certain trust accounts; and (3) other matters.

Cherokee Nation:

1. The Cherokee Nation has received the following total appropriations for FY 2004 through FY 2006:

FY 2004: $4,500,000

FY 2005: $4,936,732

FY 2006: $4,568,282

2. The above amounts appropriated have been allocated to the Cherokee Nation tribal trust account, the Cherokee "Special Holding Account" (set aside to pay for all or part of awards to other "claimant" tribes) and the attorney escrow account (beginning on March 14, 2005) as follows:

A. Cherokee Tribal Trust Account:

FY 2004: $4,500,000

FY 2005: $3,433,385.60[1/]

FY 2006: $3,654,628.80[2/]

**Total:** $11,588,014.40

B. Special Holding Account:

[1/] This total is the sum of $629,100 and $2,804,285.60 - - the two deposits made in FY 2005.

[2/] This figure represents amounts received as of 10/18/05.

FY 2004: $500,000

FY 2005: $491,673.20

FY 2006: $456,828.60[3]

**Total:** $1,448,501.80

C. Attorney Fees Escrow Account:

FY 2004: $0

FY 2005: $991,673.20[4]

FY 2006: $456,828.60[5]

Disbursements to attorneys: $1,081,524.57[6]

**Total:** $366,977.23 (immediately after disbursement of attorneys' fees)

3. The Cherokee Nation filed a Motion to Dismiss the Complaint in Intervention on February 17, 2006. The Court granted the Defendant until February 28, 2006, to file its Motion to Dismiss, or, in the Alternative, for Summary Judgment in response to the Complaint.

4. Patton Boggs dissents from this status report. Patton Boggs takes the position that the above amounts reflected in this status report (relating to the Cherokee Nation accounts) are based on representations of the government and the Cherokee Nation. Patton Boggs takes no position

---

[3] This figure represents the amounts received as of 10/18/05.

[4] When the attorney fees escrow account was created in March, 2005, the balance in the Cherokee tribal trust account was $9,916,732; the $991,673.20 is 10% of this balance.

[5] This figure represents amounts received as of 10/18/05.

[6] On October 17 and 18, the Office of Special Trustee disbursed: (1) $151,000 to Patton Boggs; (2) $550,000 to Wilcoxen & Wilcoxen; (3) $280,524.57 to Hall Estil; and (4) $100,000 to the Estate of Paul Niebell. No other disbursements for attorneys' fees have been made from this account.

with respect to the portion of the status report dealing with the Choctaw Nation or Chickasaw Nation. Patton Boggs has not been provided any basis for verifying or contesting these amounts, despite its requests. Patton Boggs further objects because the amounts reflected in this status report are different than those amounts provided by the government one week ago. Specifically, last week, the government informed Patton Boggs that, in FY 2005, the Special Holding Account received $511,673.20, resulting in that account receiving $10,000 too much, and the attorney escrow account receiving $10,000 too little. In response, the government now represents that the Special Holding Account received only $491,673.20, purporting to address that previously reported $20,000 difference. In addition, last week, the government represented that, as of January 30, 2006 the balance of the attorney escrow account was $389,389.28; instead, the government now states only that, after funds were disbursed last October, the attorney escrow account contained $366,977.23. Finally, it is Patton Boggs" position that the $280,524.57 paid to the Hall Estill law firm, which had no contract with the Cherokee Nation, should be restored into the attorney escrow account and charged against the Cherokee Nation tribal trust fund. [Mr. Wilcoxen authorizes government counsel to state that the Cherokee Nation objects to this paragraph as argumentative and inappropriate for a status report. The government's counsel agreed to include this paragraph at Patton Boggs' request, but by so doing does not take any position on its contents.]

<u>Choctaw Nation</u>:

The Choctaw Nation has received the following amounts:

FY 2004: $3,750,000.00

FY 2005: $3,687,549.00[7/]

FY 2006: $3,426,214.50[8/]

The amount owing to the Choctaw Nation under the terms of the Settlement Act is $4,137,236.50.[9/]

Chickasaw Nation:

The Chickasaw Nation has received the following amounts:

FY 2004: $1,250,000.00

FY 2005: $1,229,183.00

FY 2006: $1,142,071.50

The amount owing to the Chickasaw Nation under the terms of the Settlement Act is $1,378,745.50.

The government is unable to speculate as to the exact amounts of appropriations that will be made and received in Fiscal Year 2007.

Plaintiffs' respective counsel and Plaintiff-Intervenor's counsel have authorized the government's counsel to sign for them.

---

[7/] Mr. Rabon states that the figure for FY 2005 provided to him by his client, the Choctaw Nation,
is $3,163,299. client

[8/] This figure represents amounts received as of 10/18/05.

[9/] Mr. Rabon states that the Choctaw Nation has provided him with the figure of $4,660.486.50 as the amount owing.

Dated this 23rd day of February, 2006.

Respectfully submitted,

s/James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0482

Attorney of Record for the United States

s/James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 North 5th Street
Muskogee, Oklahoma 74401
(918) 683-6696

Attorney of Record for the Cherokee Nation of Oklahoma

s/Bob Rabon
BOB RABON
Kile, Rabon & Wolf
114 North 2nd Street
P.O. Box 726
Hugo, Oklahoma 74743
(580) 326-6427

Attorney of Record for Choctaw Nation of Oklahoma and Chickasaw Nation

s/David Panzer
DAVID S. PANZER
Greenberg Taurig
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3144

Attorney of Record for Patton Boggs, Plaintiff-Intervenor