# Attachment

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,**<br><br>**Plaintiff,**<br><br>**PATTON BOGGS,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 89-218L**<br><br>**Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA, AND THE CHICKASAW NATION,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 89-630L** |

**DECLARATION OF DOUGLAS A. LORDS**

I, Douglas A. Lords, declare:

1. I am the Deputy Special Trustee-Field Operations, Office of the Special Trustee for American Indians (OST), U. S. Department of the Interior, Albuquerque, New Mexico.

2. I have held my current position since June 29, 2003.

3. In my capacity as Deputy Special Trustee-Field Operations, I am responsible for staff leadership, executive management, direction and supervision necessary to administer the Office's programs related to field operations functions to include Trust Beneficiary Call Center, and Fiduciary Trust Administrators and Fiduciary Trust Officers.

4. In my capacity as Deputy Special Trustee-Field Operations, I have been involved with matters related to the payment of attorney fees for the Cherokee Nation of Oklahoma pursuant to the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act (hereinafter "Settlement Act"), 25 U.S.C. § 1779e.

5. I have reviewed the Trust Funds Accounting System (TFAS) and information provided by the staff of the OST, U. S. Department of the Interior, Albuquerque, New Mexico, related to the Cherokee Nation's Settlement Act Attorney Fees Account, JA 1071011. The TFAS is the current system of record utilized by the OST to account for Individual, Tribal and Other Trust Funds.

6. Based on my review of the TFAS related to that account, I affirm that the TFAS reflects that a deposit of $991,673.20 was made on March 14, 2005 to Account JA 1071011 . I also affirm that the TFAS reflects that on March 14, 2005, the sum of $991,673.20 was transferred from a general Cherokee Nation Settlement Act Account, JA 1060691, the account created for the deposit of the Cherokee Nation's portion of the Congressional appropriations for the Settlement Act in FY 2004.

7. Based on my review of the TFAS related to that account, I also affirm that the TFAS

reflects that on October 18, 2005, $456,828.60 was deposited in Account JA 1071011 from the FY 2006 appropriation. When the FY 2004 and FY 2005 appropriations were combined with the FY 2006 appropriation, the total amount of the appropriations for the Cherokee Nation's Settlement Act attorney fees was $1,448, 501.80.

8. Pursuant to decision issued in a letter dated October 13, 2005 to the Honorable Chad Smith, Principal Chief of the Cherokee Nation of Oklahoma, by the Associate Deputy Secretary, James E. Cason, OST staff members made three cash disbursements by electronic transfer from JA 1071011 on October 17, 2005 as follows:

   $151,000.00 to Citibank, Washington, D. C. for Patton Boggs, LLP;

   $550,000.00 to Bank of Oklahoma, Tulsa, OK for Jim Wilcoxen

   $280,524.57 to Bank of Oklahoma, Tulsa, OK for Hall, Estill, Hardwick, Gable.

9. Pursuant to decision issued in a letter dated October 13, 2005 to the Honorable Chad Smith, Principal Chief of the Cherokee Nation of Oklahoma, by the Associate Deputy Secretary, James E. Cason, OST staff members made one additional cash disbursement in the amount of $100,000.00 on October 18, 2005 to Mrs. Eleanor B. Niebell for her deceased husband, Paul Niebell. Since Mrs. Niebell requested a check rather than an electronic transfer, the cash disbursement was requested electronically to the Financial Management Service Center, U.S. Department of the Treasury, in San Francisco, California with instructions to issue a paper check to Mrs. Niebell.

10. Based on my review of TFAS, I affirm that the TFAS reflects that no other disbursements have been made to attorneys from Account JA 1071011 since October 18, 2005.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of February, 2006. Douglas A. Lords

Douglas A. Lords