© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

5 USCA S 5349
5 U.S.C.A. § 5349
<KeyCite Citations>

Effective: July 07, 2004

UNITED STATES CODE ANNOTATED
TITLE 5. GOVERNMENT ORGANIZATION AND EMPLOYEES
PART III--EMPLOYEES
SUBPART D--PAY AND ALLOWANCES
CHAPTER 53--PAY RATES AND SYSTEMS
SUBCHAPTER IV--PREVAILING RATE SYSTEM
§ 5349. Prevailing rate employees; legislative, judicial, Bureau of Engraving and Printing, and government of the District of Columbia

(a) The pay of employees, described under section 5102(c)(7) of this title, in the Library of Congress, the Botanic Garden, the Government Printing Office, the Government Accountability Office, the Office of the Architect of the Capitol, the Bureau of Engraving and Printing, and the government of the District of Columbia, shall be fixed and adjusted from time to time as nearly as is consistent with the public interest in accordance with prevailing rates and in accordance with such provisions of this subchapter, including the provisions of section 5344, relating to retroactive pay, and subchapter VI of this chapter, relating to grade and pay retention, as the pay-fixing authority of each such agency may determine. Subject to section 213(f) of title 29, the rates may not be less than the appropriate rates provided for by section 206(a)(1) of title 29. If the pay-fixing authority concerned determines that the provisions of subchapter VI of this chapter should apply to any employee under his jurisdiction, then the employee concerned shall be deemed to have satisfied the requirements of section 5361(1) of this title if the tenure of his appointment is substantially equivalent to the tenure of any appointment referred to in such paragraph.

(b) Subsection (a) of this section does not modify or otherwise affect section 5102(d) of this title, section 305 of title 44, and section 5141 of title 31.

CREDIT(S)

(Added Pub.L. 92-392, § 1(a), Aug. 19, 1972, 86 Stat. 572, and amended Pub.L. 95-454, Title VIII, § 801(a)(3)(H), Oct. 13, 1978, 92 Stat. 1222; Pub.L. 97-258, § 3(a)(11), Sept. 13, 1982, 96 Stat. 1063; Pub.L. 100- 426, Title III, § 301, Sept. 9, 1988, 102 Stat. 1602; Pub.L. 101-474, § 5(j), Oct. 30, 1990, 104 Stat. 1100; Pub.L. 108-271, § 8(b), July 7, 2004, 118 Stat. 814.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1972 Acts. Senate Report No. 92-791 and Conference Report No. 92-1275, see 1972 U.S. Code Cong. and Adm. News, p. 2980.

1978 Acts. Senate Report No. 95-969 and House Conference Report No. 95- 1717, see 1978 U.S. Code Cong. and Adm. News, p. 2723.

1982 Acts. House Report No. 97-651, see 1982 U.S. Code Cong. and Adm. News, p. 1895.

1988 Acts. Senate Report No. 100-463, see 1988 U.S. Code Cong. and Adm. News, p. 2167.

1990 Acts. House Report No. 101-770, see 1990 U.S. Code Cong. and Adm. News, p. 1709.