© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

5 USCA S 5942
5 U.S.C.A. § 5942
<KeyCite Citations>

Effective: [See Text Amendments]

UNITED STATES CODE ANNOTATED
TITLE 5. GOVERNMENT ORGANIZATION AND EMPLOYEES
PART III--EMPLOYEES
SUBPART D--PAY AND ALLOWANCES
CHAPTER 59--ALLOWANCES
SUBCHAPTER IV--MISCELLANEOUS ALLOWANCES
§ 5942. Allowance based on duty at remote worksites

(a) Notwithstanding section 5536 of this title, an employee of an Executive department or an independent establishment who is assigned to duty, except temporary duty, at a site so remote from the nearest established communities or suitable places of residence as to require an appreciable degree of expense, hardship, and inconvenience, beyond that normally encountered in metropolitan commuting, on the part of the employee in commuting to and from his residence and such worksite, is entitled, in addition to pay otherwise due him, to an allowance of not to exceed $10 a day. The allowance shall be paid under regulations prescribed by the President establishing the rates at which the allowance will be paid and defining and designating those sites, areas, and groups of positions to which the rates apply.

(b) Under procedures prescribed by the President, the maximum allowance specified in subsection (a) may be adjusted from time to time in the interest of recruiting and retaining employees for performance of duty at remote worksites.

CREDIT(S)

(Pub.L. 89-554, Sept. 6, 1966, 80 Stat. 513; Pub.L. 90-83, § 1(41), Sept. 11, 1967, 81 Stat. 207; Pub.L. 91-656, § 6(a), Jan. 8, 1971, 84 Stat. 1953; Pub.L. 101-510, Div. A, Title XII, § 1206(g), Nov. 5, 1990, 104 Stat. 1662.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1966 Acts.

| Derivation: | United States Code | Revised Statutes and Statutes at Large |
| --- | --- | --- |
| | 5 U.S.C. 70c | Aug. 31, 1964, ¢YPub.L. 88-538¢Y¢R;00030;;EL;;1077005;¢R, § 1, 78 Stat. 745. |

The words "of the United States" are omitted as unnecessary because of the definition of "employee" in section