© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

19 USCA S 1619
19 U.S.C.A. § 1619
<KeyCite Citations>

Effective: [See Text Amendments]

UNITED STATES CODE ANNOTATED
TITLE 19. CUSTOMS DUTIES
CHAPTER 4--TARIFF ACT OF 1930
SUBTITLE III--ADMINISTRATIVE PROVISIONS
PART V--ENFORCEMENT PROVISIONS
§ 1619. Award of compensation to informers

(a) In general

If--

(1) any person who is not an employee or officer of the United States--

(A) detects and seizes any vessel, vehicle, aircraft, merchandise, or baggage subject to seizure and forfeiture under the customs laws or the navigation laws and reports such detection and seizure to a customs officer, or

(B) furnishes to a United States attorney, the Secretary of the Treasury, or any customs officer original information concerning--

(i) any fraud upon the customs revenue, or

(ii) any violation of the customs laws or the navigation laws which is being, or has been, perpetrated or contemplated by any other person; and

(2) such detection and seizure or such information leads to a recovery of--

(A) any duties withheld, or

(B) any fine, penalty, or forfeiture of property incurred;

the Secretary may award and pay such person an amount that does not exceed 25 percent of the net amount so recovered.

(b) Forfeited property not sold

If--

(1) any vessel, vehicle, aircraft, merchandise, or baggage is forfeited to the United States and is thereafter, in lieu of sale--

(A) destroyed under the customs or navigation laws, or

(B) delivered to any governmental agency for official use, and

(2) any person would be eligible to receive an award under subsection (a) of this section but for the lack of sale of such forfeited property,

the Secretary may award and pay such person an amount that does not exceed 25 percent of the appraised value of

such forfeited property.

(c) Dollar limitation

The amount awarded and paid to any person under this section may not exceed $250,000 for any case.

(d) Source of payment

Unless otherwise provided by law, any amount paid under this section shall be paid out of appropriations available for the collection of the customs revenue.

(e) Recovery of bail bond

For purposes of this section, an amount recovered under a bail bond shall be deemed a recovery of a fine incurred.

CREDIT(S)

(June 17, 1930, c. 497, Title IV, § 619, 46 Stat. 758; Aug. 5, 1935, c. 438, Title III, § 305, 49 Stat. 527; June 25, 1948, c. 646, § 1, 62 Stat. 869; Oct. 12, 1984, Pub. L. 98-473, Title II, §§ 319, 321, 98 Stat. 2056; Oct. 30, 1984, Pub.L. 98-573, Title II, § 213(a)(15), 98 Stat. 2988; Oct. 27, 1986, Pub.L. 99-570, Title III, § 3125, 100 Stat. 3207-88.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1984 Acts. House Report No. 98-1030 and House Conference Report No. 98- 1159, see 1984 U.S. Code Cong. and Adm. News, p. 3182.

Senate Report No. 98-308, Related Reports, and House Conference Report No. 98-1156, see 1984 U.S. Code Cong. and Adm. News, p. 4910.

1986 Acts. Statement by President, see 1986 U.S. Code Cong. and Adm. News, p. 5393.

References in Text

The customs laws, referred to in subsecs. (a)(1)(A), (B)(ii), and (b)(1)(A), are classified generally to this title.

The navigation laws, referred to in subsecs. (a)(1)(A), (B)(ii), and (b)(1)(A), are classified generally to Title 33, Navigation and Navigable Waters.

Amendments

1986 Amendments. Pub.L. 99-570, § 3125, designated existing provisions as subsecs. (a) to (e), with corresponding catchlines, in subsec. (a), as so designated, added reference to employees of the United States, in subsec. (b), as so designated, added provision authorizing the Secretary to make an award to any person if such person would be eligible to receive an award under subsec. (a) of this section but for the lack of sale of such forfeited property, in subsec. (d), as so designated, added qualification that the source of payment shall be as stated therein unless otherwise provided by law, and struck out provision that in no event could the Secretary delegate the authority to pay an award under this section in excess of $10,000 to an official below the level of the Commissioner of Customs.

1984 Amendments. Pub. L. 98-573, § 213(a)(15)(A), inserted references to aircraft following references to vehicles wherever appearing.

Pub. L. 98-573, § 213(a)(15)(B), substituted "$250,000" for "$50,000" wherever appearing.