C

**Effective: December 13, 2002**

UNITED STATES CODE ANNOTATED
TITLE 25. INDIANS
**CHAPTER 19--INDIAN LAND CLAIMS SETTLEMENTS**
SUBCHAPTER XIII--CHEROKEE, CHOCTAW, AND CHICKASAW NATIONS CLAIMS SETTLEMENT

**§ 1779b. Definitions**

For the purposes of this subchapter, the following definitions apply:

(1) Disclaimed Drybed Lands

The term "Disclaimed Drybed Lands" means all Drybed Lands along the Arkansas River that are located in Township 10 North in Range 24 East, Townships 9 and 10 North in Range 25 East, Township 10 North in Range 26 East, and Townships 10 and 11 North in Range 27 East, in the State of Oklahoma.

(2) Drybed Lands

The term "Drybed Lands" means those lands which, on the date of enactment of this subchapter, lie above and contiguous to the mean high water mark of the Arkansas River in the State of Oklahoma. The term "Drybed Lands" is intended to have the same meaning as the term "Upland Claim Area" as used by the Bureau of Land Management Cadastral Survey Geographic Team in its preliminary survey of the Arkansas River. The term "Drybed Lands" includes any lands so identified in the "Holway study."

(3) Indian Nation; Indian Nations

The term "Indian Nation" means the Cherokee Nation, Choctaw Nation, or Chickasaw Nation, and the term "Indian Nations" means all 3 tribes collectively.

(4) Riverbed

The term "Riverbed" means the Drybed Lands and the Wetbed Lands and includes all minerals therein.

(5) Secretary

The term "Secretary" means the Secretary of the Interior.

(6) Wetbed lands

The term "Wetbed Lands" means those Riverbed lands which lie below the mean high water mark of the Arkansas River in the State of Oklahoma as of the date of the enactment of this subchapter, exclusive of the Drybed Lands. The term "Wetbed Lands" is intended to have the same meaning as the term "Present Channel Claim Areas" as utilized by the Bureau of Land Management Cadastral Survey Geographic Team in its preliminary survey of the Arkansas River.

CREDIT(S)

(Pub.L. 107-331, Title VI, § 604, Dec. 13, 2002, 116 Stat. 2847.)

HISTORICAL AND STATUTORY NOTES

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Revision Notes and Legislative Reports

2002 Acts. Senate Report No. 107-249, see 2002 U.S. Code Cong. and Adm. News, p. 1817.

References in Text

This subchapter, referred to in text, originally read "this title", meaning Title VI of the Indian Financing Amendments Act of 2002, Pub.L. 107-331, Title VI, § 601 et seq., Dec. 12, 2002, 116 Stat. 2845, known as the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act, which enacted this subchapter.

The date of enactment of this subchapter, referred to in par. (2) and the date of the enactment of this subchapter, referred to in par. (6), originally read "the date of enactment of this title" and "the date of the enactment of this title", respectively, which probably mean Dec. 13, 2002, the approval date of the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act, Pub.L. 107-331, Title VI, § 601 et seq., Dec. 13, 2002, 116 Stat. 2845, which enacted this subchapter.

25 U.S.C.A. § 1779b, 25 USCA § 1779b

Current through P.L. 109-90 approved 10-18-05

Copr. © 2005 Thomson/West. No. Claim to Orig. U.S. Govt. Works

END OF DOCUMENT