© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

28 USCA S 463
28 U.S.C.A. § 463
<KeyCite Citations>

Effective: [See Text Amendments]

UNITED STATES CODE ANNOTATED
TITLE 28. JUDICIARY AND JUDICIAL PROCEDURE
PART I--ORGANIZATION OF COURTS
CHAPTER 21--GENERAL PROVISIONS APPLICABLE TO COURTS AND JUDGES
§ 463. Expenses of litigation

Whenever a Chief Justice, justice, judge, officer, or employee of any United States court is sued in his official capacity, or is otherwise required to defend acts taken or omissions made in his official capacity, and the services of an attorney for the Government are not reasonably available pursuant to chapter 31 of this title, the Director of the Administrative Office of the United States Courts may pay the costs of his defense. The Director shall prescribe regulations for such payments subject to the approval of the Judicial Conference of the United States.

CREDIT(S)

(Added Pub.L. 97-164, Title I, § 116(a), Apr. 2, 1982, 96 Stat. 32.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1982 Acts. Senate Report No. 97-275, see 1982 U.S.Code Cong. and Adm.News, p. 11.

Effective and Applicability Provisions

1982 Acts. Section effective Oct. 1, 1982, see section 402 of Pub.L. 97-164, set out as a note under section 171 of this title.

LIBRARY REFERENCES

American Digest System

Judges k30.

Key Number System Topic No. 227.

Corpus Juris Secundum

CJS Judges § 198, Allowance for Expenses.

CJS United States § 152, Statutory Charges and Liabilities.

RESEARCH REFERENCES

ALR Library

143 ALR 1354, Supersedeas, Stay, or Bail, Upon Appeal in Habeas Corpus.