© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

42 USCA S 254
42 U.S.C.A. § 254
<KeyCite Citations>

Effective: [See Text Amendments]

UNITED STATES CODE ANNOTATED
TITLE 42. THE PUBLIC HEALTH AND WELFARE
CHAPTER 6A--PUBLIC HEALTH SERVICE
SUBCHAPTER II--GENERAL POWERS AND DUTIES
PART C--HOSPITALS, MEDICAL EXAMINATIONS, AND MEDICAL CARE
§ 254. Interdepartmental work

Nothing contained in this part shall affect the authority of the Service to furnish any materials, supplies, or equipment, or perform any work or services, requested in accordance with sections 1535 and 1536 of Title 31, or the authority of any other executive department to furnish any materials, supplies, or equipment, or perform any work or services, requested by the Department of Health and Human Services for the Service in accordance with that section.

CREDIT(S) (July 1, 1944, c. 373, Title III, § 327, 58 Stat. 697; 1953 Reorg. Plan No. 1, §§ 5, 8, eff. Apr. 11, 1953, 18 F.R. 2053, 67 Stat. 631; Oct. 17, 1979, Pub.L. 96-88, Title V, § 509(b), 93 Stat. 695.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1944 Acts. House Report No. 1364, see 1944 U.S.Code Cong.Service, p. 1211.

1979 Acts. Senate Report No. 96-49 and House Conference Report No. 96- 459, see 1979 U.S.Code Cong. and Adm.News, p. 1514.

Codifications

"Sections 1535 and 1536 of Title 31" was substituted in text for "section 7 of the Act of May 21, 1920, as amended (U.S.C., 1940 edition, title 31, sec. 686)" on authority of Pub.L. 97-258, § 4(b), Sept. 13, 1982, 96 Stat. 1067, the first section of which enacted Title 31, Money and Finance.

Transfer of Functions

All functions of Public Health Service, of the Surgeon General of the Public Health Service, and of all other officers and employees of the Public Health Service, and all functions of all agencies of or in the Public Health Service transferred to Secretary of Health, Education, and Welfare [now Secretary of Health and Human Services] by 1966 Reorg. Plan No. 3, 31 F.R. 8855, 80 Stat. 1610, effective June 25, 1966, set out under section 202 of this title. The Secretary of Health, Education, and Welfare was redesignated the Secretary of Health and Human Services by section 509(b) of Pub.L. 96-88 which is classified to section 3508(b) of Title 20, Education.

All functions of the Federal Security Administrator were transferred to the Secretary of Health, Education, and Welfare [now Secretary of Health and Human Services] and all agencies of the Federal Security Agency were transferred to the Department of Health, Education, and Welfare [now Department of Health and Human Services] by section 5 of Reorg. Plan No. 1 of 1953, set out as a note under section 3501 of this title. The Federal Security Agency and the office of Administrator were abolished by section 8 of Reorg. Plan No. 1 of 1953. The Secretary of Health, Education, and Welfare was redesignated the Secretary of Health and Human Services by section 509(b) of Pub.L. 96-88 which is classified to section 3508(b) of Title 20, Education.

LAW REVIEW COMMENTARIES

"Official English": Federal limits on efforts to curtail bilingual services in the states. 100 Harv.L.Rev. 1345 (1987).

LIBRARY REFERENCES

American Digest System

United States k40, 41.

Key Number System Topic No. 393.

RESEARCH REFERENCES

Encyclopedias

Am. Jur. 2d Health § 15, Public Health Functions.

Treatises and Practice Aids

Bankruptcy Service Lawyers Edition § 27:1906, Contingent Obligation Loans; HEAL Loans, PSAP Grants, and the Like.

Norton Bankruptcy Law and Practice 2d § 47:53, Non-Title 11 Exceptions.

42 U.S.C.A. § 254, **42 USCA** § **254**

Current through P.L. 109-169, P.L. 109-173 approved 02-15-06

Copr. © 2005 Thomson/West. No. Claim to Orig. U.S. Govt. Works

END OF DOCUMENT