IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA, | * | |
| Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES OF AMERICA, | * | Case No. 218-89 |
| Defendant. | * | |
| * * * * * * | * | |
| PATTON BOGGS LLP | * | Chief Judge Edward J. Damich |
| Intervenor Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |

**PATTON BOGGS' CROSS-MOTION FOR SUMMARY JUDGMENT FOR $1,247,501.80**

Intervenor Plaintiff Patton Boggs LLP ("Patton Boggs"), through the undersigned counsel and pursuant to RCFC 56, hereby moves this Court for Summary Judgment against the government in the amount of $1,247,501.80 – that portion of Patton Boggs' Tucker Act claim under 25 U.S.C. § 1779e(a), the attorneys' fee provision of the Settlement Act, that is unaffected by the limitations set forth in 25 U.S.C. § 1779e(b). The grounds of this cross-motion are set forth in the accompanying proposed findings of uncontroverted fact, memorandum, and appendix.

Respectfully submitted,

David P. Callet (DC Bar No. 181990)
David S. Panzer (DC Bar No. 470677)
GREENBERG TRAURIG LLP
800 Connecticut Ave, NW, Suite 500
Washington, DC 20006
202-331-3100
202-331-3101 (fax)
calletd@gtlaw.com
panzerd@gtlaw.com

March 20, 2006