[CHAPTER 851.]

JOINT RESOLUTION

June 26, 1936. [S. J. Res. 177.] [Pub. Res., No. 135.]

To define the term of certain contracts with Indian tribes.

Indians. Certain contracts with attorneys, of indefinite term, etc., validated.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That any contracts or agreements heretofore approved by the Secretary of the Interior between the authorities of any tribe, band, or group of Indians and their attorneys for the prosecution of claims against the United States, which provide that such contracts or agreements shall run for a period of years therein specified, and as long thereafter as may be required to complete the business therein provided for, or words of like import, or which provide that compensation for services rendered shall be on a quantum-meruit basis not to exceed a specified percentage, shall be deemed a sufficient compliance with section 2103 of the Revised Statutes (or section 81, title 25, United States Code): *Provided, however*, That nothing herein contained shall limit the power of the Secretary of the Interior, after due notice and hearing and for proper cause shown, to cancel any such contract or agreement: *Provided further*, That the provisions of this Act shall not be construed to revive any contract which has been terminated heretofore by lapse of time, operation of law, or by acts of the parties thereto.

R. S., sec. 2103, p. 367. U. S. C., p. 999.

*Provisos.* Authority to cancel contracts.

Terminated contracts not revived.

Existing valid contracts with time limitation for completion of services not affected.

SEC. 2. Any existing valid contract heretofore made and approved pursuant to any Act of Congress by any tribe, band, or group of Indians with an attorney or attorneys for the rendition of services in the prosecution of claims against the United States under authority of which suit or suits have been filed, and which contains a limitation of time for the completion of the services to be performed may be continued in full force unless a subsequent contract dealing with the same subject matter has been made and approved.

Approved, June 26, 1936.

---

[CHAPTER 852.]

JOINT RESOLUTION

June 26, 1936. [H. J. Res. 608.] [Pub. Res., No. 136.]

Extending for two years the time within which American claimants may make application for payment, under the Settlement of War Claims Act of 1928, of awards of the Mixed Claims Commission and the Tripartite Claims Commission, and extending until March 10, 1938, the time within which Hungarian claimants may make application for payment, under the Settlement of War Claims Act of 1928, of awards of the War Claims Arbiter.

Settlement of War Claims Act. Vol. 45, p. 254; Vol. 47, p. 318; Vol. 48, pp. 125, 1019. Time for making application for payment by American claimants.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That subsection (g) of section 2 and subsection (f) of section 5 of the Settlement of War Claims Act of 1928, as amended by Public Resolution Numbered 38, Seventy-third Congress, approved June 18, 1934, are further amended, respectively, by striking out the words "eight years" wherever such words appear therein and inserting in lieu thereof the words "ten years".

Vol. 45, p. 254.

SEC. 2. The first sentence of subsection (h) of section 6 of the Settlement of War Claims Act of 1928, as amended by Public Resolution Numbered 38, Seventy-third Congress, approved June 18, 1934, is further amended to read as follows:

Application for payments; time limitation.

"No payment shall be made under this section unless application therefor is made by March 10, 1938, in accordance with such regulations as the Secretary of the Treasury may prescribe."

Approved, June 26, 1936.