# CHEROKEE NATION

P.O. Box 948
Tahlequah, OK 74465-0948
918-456-0671

Joe Byrd
ᏦᏫ ᏥᏍᏆ
Principal Chief

James "Garland" Eagle
ᏥᎻ ᎠᏬᎭᎵ
Deputy Principal Chief

October 30, 1995

Kate Boyce
PATTON BOGGS, L.L.P.
2550 M Street N.W.
Washington, D.C. 20037

Dear Ms. Boyce:

As you know, Cherokee Nation has recently changed Administrations. I made the commitment during the election to closely scrutinize all accounts and contracts. I have acted upon that promise.

Currently, we are reviewing our legislative needs and weighing those against our budgetary constraints. After consulting with members of the Administration and staff, I have decided that, at this time, Cherokee Nation no longer requires the services of Patton Boggs.

I would personally like to thank you for your years of service to Cherokee Nation. You recently guided our staff through the Budget Reconciliation and we are grateful for your insight. As a former Council Member, I am also aware of the role you played in obtaining funding for Sequoyah and of your involvement with the Arkansas River Bed. Our tribal members have certainly benefited from your expertise.

Please do not hesitate to contact Cherokee Nation if we can be of assistance. Again, thank you for your hard work.

Sincerely,

Joe Byrd
Principal Chief

JB/tg