IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE CHEROKEE NATION OF OKLAHOMA, | * | |
| Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES OF AMERICA, | * | Case No. 218-89 |
| Defendant. | * | |
| * * * * * * | * | |
| PATTON BOGGS LLP | * | Chief Judge Edward J. Damich |
| Intervenor Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |

**DECLARATION OF DAVID S. PANZER**

DAVID S. PANZER, ESQ., declares pursuant to 28 U.S.C. § 1746 and says:

1. I am an attorney associated with the law firm of Greenberg Traurig LLP at 800 Connecticut Avenue, N.W., Washington, DC 20006, and I am counsel for the Intervenor Plaintiff, Patton Boggs LLP. I submit this Declaration in support of Patton Boggs's Cross-Motion for Summary Judgment for $1,247,501.80 (the "Motion") in the above captioned case.

2. Exhibit 1 in the Appendix to the Motion is a true and accurate copy of the 1988 attorney fee contract between the Cherokee Nation on the one hand, and Mr. James Wilcoxen and Mr. Paul Niebell, on the other hand.

3. Exhibit 2 in the Appendix to the Motion is a true and accurate copy of the 1989 attorney fee contract between the Cherokee Nation and Patton Boggs.

4. Exhibit 3 in the Appendix to the Motion is a true and accurate copy of a letter from Cherokee Nation Principal Chief Joe Byrd to Ms. Katharine Boyce of Patton Boggs, dated October 30, 1995.

5. Exhibit 4 in the Appendix to the Motion is a true and accurate copy of a letter from Cherokee Nation General Counsel Julian Fite, dated October 6, 2003.

6. Exhibit 5 in the Appendix to the Motion is a true and accurate copy of a letter from Mr. James Wilcoxen and Ms. Margaret Swimmer to the Cherokee Nation, dated March 31, 2005.

7. Exhibit 6 in the Appendix to the Motion is a true and accurate copy of a letter from Assistant Secretary James Cason, of the Department of the Interior, to the Cherokee Nation's Principal Chief, Chad Smith, date-stamped October 13, 2005.

8. All of these above-mentioned exhibits were provided to Patton Boggs by the Cherokee Nation or the government during the course of Patton Boggs' representation of the Cherokee Nation, or during the course of the subsequent dispute involving Patton Boggs' attorneys fees at issue in this litigation. All of these exhibits are what they purport to be.

Dated: March 20, 2006

DAVID S. PANZER, ESQ.