**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 89-218 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| **PATTON BOGGS,** | ) | **No. 89-218 L** |
| **Plaintiff-Intervenor,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | **Chief Judge Edward Damich** |

| | | |
|---|---|---|
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** | ) | |
| **Plaintiffs,** | ) | **No. 89-630 L** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant,** | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENTS OF TIME TO FILE REPLY TO PATTON BOGGS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND OPPOSITION TO PATTON BOGGS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves for an enlargement of time: (1) of twenty-one days from April 3,

2006 to, and including, April 24, 2006, in which to file its reply to Patton Boggs' response to the

Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment; and (2) an enlargement of time of twenty-one days from April 17, 2006 to, and including, May 8, 2006 to file its opposition to Patton Boggs' Cross-motion for Summary Judgment. In support of this motion, defendant states as follows:

1. On March 20, 2006, Patton Boggs filed its opposition to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment. It also filed a Cross-Motion for Summary Judgment and Proposed Findings of Uncontroverted Fact in support of the Cross-Motion;

2. Under RCFC 7.1, the Defendant's reply to Patton Boggs' Opposition to Defendant's Motion to Dismiss is due to be filed on **April 3, 2006;**

3. Under RCFC 7.1, the Defendant's opposition to Patton Boggs' Cross-Motion for Summary Judgment is due to be filed on **April 17, 2006;**

4. Defendant's counsel will be out of the office from March 27, 2006 through April 7, 2006; from April 17, 2005 through April 21, 2006; and from April 30, 2006 through May 5, 2006 preparing for/defending and taking expert witness depositions in another case.

5. Patton Boggs' attorney of record, David Panzer, authorizes defendant's counsel to state that Patton Boggs does not oppose this motion. Defendant understands that Patton Boggs desires to have two weeks after the last filing by either the Cherokee Nation or the defendant to file one joint reply addressed to the separate opposition briefs of the Cherokee Nation and the government to Patton Boggs' Cross-Motion for Summary Judgment. The undersigned checked

with counsel for the Cherokee Nation to determine if this arrangement was acceptable to the Nation and was informed that it was acceptable.

This is the first request for enlargements of time which the defendant has requested with respect to these reply and opposition briefs.

Dated this 24th day of March, 2006.

s/James M. Upton____
JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Tel. (202) 305-0506

Attorney of Record for Defendant