# REPRESENTATIVE LIST OF OTHER FEDERAL STATUTES AUTHORIZING PAYMENT OF TRIBAL TRUST FUNDS TO THIRD PARTIES

- Act of June 30, 1834, 4 Stat. 729, 735 (codified with some differences in language at 25 U.S.C. § 111) (allowing that payments from annuities or other sums due to an Indian tribe may be paid instead to other parties as designated by the tribe).

- Act of June 30, 1834, 4 Stat. 729, 737 (codified at 25 U.S.C. §115) (authorizing the President, at the request of any Indian tribe, to use the tribe's cash annuity to purchase goods for the tribe, rather than simply providing cash).

- Act of July 2, 1836, 6 Stat. 671, ch. 306 (deducting from the annuities due the Choctaw Indians the government's reimbursement to an individual for depredations caused by Choctaw members); *accord* Act of June 15, 1844, 6 Stat. 913, ch. 76 (Sac, Fox, and Iowa tribes); Act of June 17, 1844, 6 Stat. 922, 930 (Wabash band of the Pottawatomie [*sic*] Indians, Cherokee Indians).

- Act of March 1, 1843, 6 Stat. 887 (authorizing the Commissioner of Indian affairs to pay certain individuals out of moneys due the Ottowa [*sic*] tribe of Indians, pursuant to the order of the tribal leaders); Act of June 17, 1844, 6 Stat. 924 (same).

- Act of March 3, 1873, 17 Stat. 627 (authorizing the payment to an individual from money due the Nez Perce Tribe to pay for improvements to a certain plot of land).

- Act of July 4, 1884, 23 Stat. 76, 90-91 (authorizing the purchase, *inter alia*, of stock and medicines for the Navajo Indians from "the funds now in the Treasury belonging to said Indians"); Act of March 3, 1885, 23 Stat. 362, 378 (same).

- Act of March 3, 1891, 26 Stat. 851, 853-54 (authorizing generally that any successful claims of depredation by members of an Indian tribe be paid from the annuities, or other moneys, due that tribe).

- Act of June 28, 1906, 34 Stat. 547 (authorizing the Secretary of the Interior to pay from funds of the Menominee Tribe the expenses of harvesting timber).

- Act of March 2, 1907, c. 2523, 34 Stat. 1221 (codified as amended at 25 U.S.C. §§ 119, 121) (authorizing the Secretary of the Interior to withdraw a pro rata share of tribal funds to be allotted to any individual Indian or to be expended for the benefit of any mentally or physically incapable Indian).

- Act of January 24, 1923, 42 Stat. 1174, 1190 (authorizing the withdrawal of Treasury funds credited to the Chippewa Indians in the State of Minnesota for tuition of Chippewa Indian children in Minnesota public schools).

- Act of May 18, 1928, 45 Stat. 602 (codified at 25 U.S.C. §§ 655-56) (allowing reimbursement out of any judgment against the United States for the Indians of California to the State of California for necessary costs and expenses, other than attorneys' fees).

- Act of May 9, 1938, ch. 187, 52 Stat. 315 (codified at 25 U.S.C. § 123b) (authorizing the payment from tribal funds of business expenses, including supplies and equipment, for tribal officials traveling or otherwise engaged in the business of the tribe).

- Pub. L. No. 88-663, 78 Stat. 1093 (Oct. 13, 1964) (codified at 25 U.S.C. § 690) (deducting from judgment funds credited to the Red Lake Band of Chippewa Indians for attorneys' fees, litigation expenses, and other appropriate deductions); *accord* Pub. L. No. 89-309, 79 Stat. 1133 (Oct. 31, 1965) (codified at 25 U.S.C. § 594) (Minnesota Chippewa Tribe); Pub. L. 89-661, 80 Stat. 911 (Oct. 14, 1966) (codified at 25 U.S.C. § 876) (Otoe and Missouria Tribe of Indians); Pub. L. No. 90-352, 82 Stat. 239 (June 19, 1968) (codified at 25 U.S.C. § 581) (Shoshone Tribe and Shoshone-Bannock Tribes); Pub. L. No. 91-400, § 1, 84 Stat. 838 (Sept. 16, 1970) (codified at 25 U.S.C. § 647) (Hualapi Tribe); Pub. L. No. 91-401, § 1, 84 Stat. 838 (Sept. 16, 1970) (codified at 25 U.S.C. § 881) (Citizen Band of Potawatomi Indians of Oklahoma); Pub. L. No. 91-413, § 1, 84 Stat. 865 (Sept. 25, 1970) (codified at 25 U.S.C. § 609b) (Yakima Tribes of the Yakima Reservation).

- Pub. L. No. 89-224, § 1, 79 Stat. 897 (Oct. 1, 1965) (codified at 25 U.S.C. § 565) (setting aside judgment funds credited to the Klamath Tribe for "the usual and necessary expenses of prosecuting claims against the United States").

- Pub. L. No. 90-534, § 7, 82 Stat. 884 (Sept. 28, 1968) (codified at 25 U.S.C. § 610e) (allowing the Swinomish Indian Tribal Community to assign any income due it).

- Pub. L. No. 98-473, tit. I, § 101(c), 98 Stat. 1849 (Oct. 12, 1984) (codified at 25 U.S.C. § 123c) (authorizing the advancement of tribal funds for many purposes, as designated by the governing body of the tribe and approved by the Secretary, including tuition to public and private schools for Indian students, compensation and expenses of attorneys; and pay, travel and other expenses for tribal leaders and employees of the tribe or other tribal organizations).