# An Act

Legislative Act 5-04

## ACT RELATING TO ESTABLISHING POLICY AND PROCEDURES FOR THE MANAGEMENT AND USE OF CHEROKEE NATION TRUST FUNDS AND TRUST ASSETS

**BE IT ENACTED BY THE CHEROKEE NATION:**

**Section 1. Title and Codification**

This act shall be known as the "**Arkansas Riverbed Trust Fund Management Act of 2004**," and codified as ___________ (Title) _________ (Section) _________ _ of the Cherokee Nation Code Annotated.

**Section 2. Purpose**

The purpose of this Act is to establish the policies and procedures for managing Cherokee Nation trust funds and trust assets pursuant to terms and the authority granted under P.L. 107-632, Section 6, "Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act, hereafter referred to as the "Settlement Act". This legislation will govern the use and expenditure of trust funds awarded to the Cherokee Nation pursuant to the federal legislation. The funds awarded shall remain in trust for investment on behalf of the Cherokee Nation until such time as appropriated by the Council of the Cherokee Nation and withdrawn from the federal trust account for the settlement.

**Section 3. Legislative History**

The Settlement Act specifically set aside trust funds to be appropriated by Congress for Trust Land Acquisitions and provides for "Required Trust Land Acquisitions" with minimal procedural requirements provided, that the required trust acquisitions are in an area of the lands nearby the Arkansas Riverbed Area in Muskogee, McIntosh and Sequoyah Counties, as described in the "Settlement Act".

**Section 4. Definitions**

For purposes of this Title:

Trust funds: The term "trust funds" means,

(a) all monies, interest in the principal from the investment or proceeds derived from the Settlement act referenced above

**Section 5. Use and Expenditure of Trust Funds**

After the payment of attorney fees, which shall be approved by the Principal Chief and the Council of the Cherokee Nation, and not exceed 10% according to the Settlement Act, the balance of funds shall be used for the following purposes:

(1) The first priority for the use of the settlement trust funds shall be given to the area referred to in Section 3 of the legislative history to compensate for loss of any lands associated with the Settlement Act.

(2) The second priority for the use of settlement trust funds shall be given to other trust land acquisitions based on land management and tenure plans of the Cherokee Nation.

(3) The remaining balance of the funds shall be reserved to restore the tribal land base based on the future needs of the Nation unless this act is amended.

**Section 6. Provisions as cumulative**

The provisions of this act shall be cumulative to existing law.

**Section 7. Severability**

The provisions of this act are severable and if any part of provision hereof shall be held void the decision of the court so holding shall not affect or impair any of the remaining parts or provisions of this act.

**Section 8. Emergency declared**

It being immediately necessary for the welfare of the Cherokee Nation, the Council hereby declares that an emergency exists, by reason whereof this act shall take effect and be in full force after its passage and approval.

Enacted by the Council of the Cherokee Nation on the 17TH day of FEBRUARY, 2004

Joe Grayson, Jr., President
Council of the Cherokee Nation

**ATTEST:**

Bill John Baker, Secretary
Council of the Cherokee Nation

Approved and signed by the Principal Chief this 23 day of February, 2004

Chad Smith, Principal Chief
Cherokee Nation

**ATTEST:**

Callie Catcher, Secretary/Treasurer
Cherokee Nation

**YEAS AND NAYS AS RECORDED:**

| | | | |
|---|---|---|---|
| Audra Smoke-Connor | YEA | Melvina Shotpouch | YEA |
| Bill John Baker | YEA | Meredith A. Frailey | YEA |
| Joe Crittenden | YEA | John F. Keener | YEA |
| Jackie Bob Martin | YEA | Cara Cowan | YEA |
| Phyllis Yargee | YEA | Buel Anglen | YEA |
| David W. Thornton, Sr. | YEA | William G. Johnson | YEA |
| Don Garvin | YEA | Charles "Chuck" Hoskin | YEA |
| Linda Hughes-O'Leary | YEA | | |



Cherokee Nation's Reply to Motion to
Dismiss Complaint-In-Intervention
EXHIBIT 2