**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | **No. 218-89L** |
| **Defendant.** | ) | |
| | ) | **Honorable Edward J. Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 630-89L** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendants.** | ) | |

**CORRECTION TO JOINT STATUS**
**REPORT OF FEBRUARY 23, 2006**

After reconciling the amounts paid and owing to the Choctaw Nation, it is agreed that the sums shown on page 5 (main body of the report) are correct and footnotes (7) and (9) may be disregarded as incorrect.

Dated this 6th day of April, 2006.

Respectfully submitted,

S/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0482

Attorney for Record for the United States

Bob Rabon by James M. Upton
BOB RABON
Rabon, Wolf and Rabon
P.O. Drawer 726
Hugo, OK 74743
(580) 326-6427

Attorney of Record for the Choctaw Nation
of Oklahoma and the Chickasaw Nation