**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 89-218 L**

| | |
|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** Plaintiff, **PATTON BOGGS**, Plaintiff-Intervenor, v. **THE UNITED STATES,** Defendant. | **No. 89-218 L** |
| | **Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** Plaintiffs, v. **THE UNITED STATES,** Defendant. | **No. 89-630 L** |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENDANT'S OPPOSITION TO PATTON BOGGS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves for an enlargement of time of three days from May 8, 2006, to, and including, May 11, 2006. In which to file its opposition to Patton Boggs' Cross-Motion for Summary Judgment. In support of this motion, defendant states as follows:

1. The Defendant's Opposition to Patton Boggs Cross-Motion for Summary judgment is due to be filed on May 8, 2006;

2. Counsel for defendant prepared a draft of the opposition and submitted it to management for its review;

3. Counsel for defendant needs additional time to finalize the brief (that is, make the changes in the draft requested by management and do the table of contents and the table of authorities required by RCFC 5.2);

4. Counsel for Patton Boggs, David Panzer, has authorized defendant's counsel to state that Patton Boggs does not oppose this motion;

5. Counsel for the Cherokee Nation, Anne Noto, has authorized defendant's counsel to state that the Nation does not oppose this motion.

This is the Defendant's second request for an enlargement of time to file its Opposition to Patton Boggs' Cross-Motion for Summary Judgment.

Dated this 8th day of May, 2006.

Respectfully submitted,

s/James M. Upton

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 305-0506