# In the United States Court of Federal Claims

**No. 89-218 L**

**THE CHEROKEE NATION OF OKLAHOMA,**
**Plaintiff,**
**and**

**PATTON BOGGS, LLP,**
**Intervenor-Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant.**

**JUDGMENT**

Pursuant to the court's Published Opinion, filed August 24, 2006, granting defendant's motion for summary judgment, granting plaintiff's motion and denying intervenor-plaintiff-Patton Boggs' cross-motion for summary judgment, and stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of plaintiff and defendant with respect to intervenor-plaintiff Patton Boggs' claims. Intervenor-plaintiff Patton Boggs' complaint is dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

**August 25, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.