#06 5462

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 25 2006
U.S. COURT OF FEDERAL CLAIMS

THE CHEROKEE NATION OF OKLAHOMA, *

Plaintiff, *

and *

PATTON BOGGS LLP *

Intervenor-Plaintiff, *

v. *

THE UNITED STATES OF AMERICA, *

Defendant. *

Case No. 89-218C
**Chief Judge Damich**

* * * * * * * * * * * *

Notice of Appeal

Notice is hereby given that Intervenor-Plaintiff Patton Boggs LLP in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from (1) the Judgment entered on August 25, 2006 (Docket No. 159) and (2) the Court's Published Opinion filed on August 24, 2006 (Docket No. 158).

Respectfully submitted,

Date: September 25, 2006

David S. Panzer
GREENBERG TRAURIG LLP
800 Connecticut Ave, NW, Suite 500
Washington, DC 20006
202-331-3100
202-331-3101 (fax)

Counsel of Record for
Intervenor-Plaintiff Patton Boggs LLP

Of Counsel:

David P. Callet
GREENBERG TRAURIG, LLP