**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA, Plaintiff,** | ) | |
| **PATTON BOGGS, Plaintiff-Intervenor,** | ) | **No. 218-89 L** |
| **v.** | ) | |
| **THE UNITED STATES, Defendant.** | ) | **Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION, Plaintiffs,** | ) | |
| **v.** | ) | **No. 630-89 L** |
| **THE UNITED STATES, Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ATTACHED CORRECTED JOINT STATUS REPORT IN SUBSTITUTION FOR JOINT STATUS REPORT FILED EARLIER TODAY**

Defendant hereby moves for leave to file a corrected Joint Status Report in substitution for the one it just filed today. In support of this motion, defendant states as follows:

1. Defendant's counsel just today at 3:52 p. m. filed the Joint Status Report in this case;

2. Footnote 2 of the Report references to a Table attachment provided by James

Wilcoxen, the attorney for the Cherokee Nation of Oklahoma which he requested counsel for defendant to attach to the Report after he reviewed the draft Report;

3. Defendant's counsel inadvertently failed to attach said Table to the Report;

4. Plaintiff-Intervenor's counsel asked Defendant's counsel to delete any reference to Patton Boggs and to delete his signature block; and

5. Defendant's counsel also inadvertently forgot to make the requested deletions from the draft Report.

Dated this 30th day of January, 2007.

Respectfully submitted,

s/ James M. Upton
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov

Attachments