Arkansas Riverbed Settlement Funds-History

| Date | Type of activity | JA1060691* | JA1065691* | JA1071011* |
|---|---|---|---|---|
| 09/23/04 | Settlement Pymt | 4,500,000.00 | 500,000.00 | |
| 09/23/04 | Trans /Holding Acct | 43,756.24 | 4,861.81 | |
| 09/30/04 | FY 04 Interest | 0.00 | 0.00 | |
| 09/30/04 | Balance | 4,543,756.24 | 504,861.81 | |
| | | | | |
| 10/26/04 | Settlement Pymt | 629,100.00 | 69,900.00 | |
| 01/13/05 | Settlement Pymt | 3,795,958.80 | 421,773.20 | |
| 03/03/05 | Pd accrued interest | -24,916.66 | | |
| 03/14/05 | Trans to JA107011 | -991,673.20 | | 991,673.20 |
| 09/30/05 | FY 05 Interest | 173,902.27 | 22,806.75 | 14,284.67 |
| 09/30/05 | Balance | 8,126,127.45 | 1,019,341.76 | 1,005,957.87 |
| | | | | |
| 10/17/05 | Attorney payment | | | -151,000.00 |
| 10/17/05 | Attorney payment | | | -550,000.00 |
| 10/17/05 | Attorney payment | | | -280,524.57 |
| 10/17/05 | Attorney payment | | | -100,000.00 |
| 10/18/05 | Settlement Pymt | 3,654,628.80 | 456,828.60 | 456,828.60 |
| 02/16/06 | Settlement Pymt | 276,925.20 | 34,615.65 | 34,615.65 |
| 03/03/06 | Overpymt of funds | -80.00 | -10.00 | -10.00 |
| 09/30/06 | FY 06 Interest | 493,042.36 | 67,048.40 | 21,812.37 |
| 09/30/06 | Balance | 12,550,643.81 | 1,577,824.41 | 437,679.92 |
| | | | | |
| 10/17/06 | Disbursement to CN | -6,248,319.00 | | |
| 10/20/06 | Settlement Pymt | 517,005.60 | 64,625.70 | 64,625.70 |
| 12/31/06 | FY 07 YTD Interest | 155,866.70 | 21,624.07 | 6,413.16 |
| | Balance 12/31/06 | 6,975,197.11 | 1,664,074.18 | 508,718.78 |

*JA106069' PL 107-331 Cherokee, Choctaw and Chickasaw Claims Settlement Act Allocation
*JA106569' PL 107-331 United Keetoowah Band Claim
*JA107101' PL 107-331 Holding Account 10% Attorney Fees