# In the United States Court of Federal Claims

Consolidated Case No. 89-218 L

(Filed: February 7, 2007)

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** Plaintiff, v. **THE UNITED STATES,** Defendant. | * | Case No. 89-218 L |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** Plaintiffs, v. **THE UNITED STATES,** Defendant. | * | Case No. 89-630 L |

**ORDER**

On January 30, 2007, the parties filed a joint status report ("JSR") and Defendant then moved–on that same day–for leave to file a "corrected" JSR. Defendant seems to have intended to attach a revised JSR to accompany its motion for leave to file, but appears to have attached the wrong file.

The Court GRANTS Defendant's motion for leave to file a revised JSR. It is hereby ORDERED that the parties file a revised JSR on or before **February 16, 2007**. In the JSR, the parties shall provide the Court with a summary of the overall progress that has been made in carrying out the requirements of the Consent Decree, specifically addressing, *inter alia*, the

amount of the appropriations that remain payable to Plaintiffs and when the parties expect that those appropriations will be made.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge