**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 218-89 L**

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,**<br><br>**Plaintiff,**<br>**PATTON BOGGS,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 218-89 L**<br><br>**Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 630-89 L** |

**CORRECTED JOINT STATUS REPORT**

Pursuant to the Court's Order of October 26, 2005, the parties are filing this status report containing information about: (1) appropriations made to implement the Settlement Act; and (2) the total funds in certain trust accounts.

Cherokee Nation:

1. The Cherokee Nation has received the following appropriations for FY 2004 through FY 2007:

FY 2004: $5,000,000.00

FY 2005: $4,916,732.00

FY 2006: $4,914,342.50

FY 2007: $ 646,257.00

**Total:** $15,447,331.50

2. The above amounts appropriated have been allocated to the Cherokee Nation Tribal Trust Account; the Cherokee "Special Holding Account" (set aside to pay for all or part of awards to "other" claimant tribes) and the Attorney Escrow Account (beginning on March 14, 2005) as follows:

A. Cherokee Tribal Trust Account:

FY 2004: $4,500,000.00

FY 2005: $3,433,385.60

FY 2006: $3,931,554.00

FY 2007: $ 517,005.60 (as of 10/20/06)

Sub-total: $12,381,945.20
- 80.00 [1/]

---

[1/] Appropriations made in FY 2006 to carry out the Settlement Act were based upon Congress' continuing resolution. In March of 2006, the Office of Special Trustee was informed that there had been a total overpayment of $200. This amount split on a 50-50 basis between the CNO, on the one hand, and the Choctaw and Chickasaw Nations, on the other hand. As for the $100 charged against the CNO, the Office of Special Trustee deducted 80% of the $100- - $80.00 - -

**Total:** $12,381,865.20

B. Special Holding Account:

FY 2004: $500,000.00

FY 2005: $491,673.20

FY 2006: $491,444.25

FY 2007: $ 64,625.70 (as of 10/20/06)

Sub-total: **$**1,547,743.15

- 10.00 (See explanation in footnote 1)

**Total:** $1,547,733.15

C. Attorney Fees Escrow Account:

FY 2004: $0

FY 2005: $991,673.20

FY 2006: $491,434.25

FY 2007:$ 64,625.70 (as of 10/20/06)

Sub-total: $1,547,743.15

- 10.00 (See explanation in footnote 1)

**Total:** $1,547,733.15

from the CNO tribal trust account, 10% of the $100 from the special holding account and the other 10% from the attorney fees escrow account.

Disbursements to
Attorneys: $1,081,524.57

**Balance:** $ 466,208.58[2/]

Choctaw Nation:

The Choctaw Nation has received the following total appropriations for FY 2004 through FY 2007:

FY 2004: $3,750,000.00

FY 2005: $3,687,549.00

FY 2006: $3,685,756.88

FY 2007: $ 484,692.76 (as of 10/20/06)

**Total:** $11,607,998.63

Chickasaw Nation:

The Chickasaw Nation has received the following appropriations for FY 2004 through FY 2007:

FY 2004: $1,250,000.00

FY 2005: $1,229,183.00

FY 2006: $1,228,585.62

---

[2/] James Wilcoxen, counsel for the Cherokee Nation, informed government counsel by telephone on January 30, 2007, that the Cherokee Nation's records for the three above accounts show dollar amounts which differ from those provided by the government for these accounts (see attached Table). Therefore, Mr. Wilcoxen takes the position that a reconciliation of the two sets of accounts will be required before the final resolution of the Cherokee Nation's claims can occur.

FY 2007: $ 161,564.25 (as of 10/20/06)

**Total:** $3,869,332,.87

Plaintiffs' respective counsel have authorized the government's counsel to sign for them.

Dated this 30th day of January, 2007.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 305-0482

Attorney of Record for the United States

s/James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 North 5th Street
Muskogee, Oklahoma 74401
Tel.:(918) 683-6696

Attorney of Record for the Cherokee Nation of Oklahoma

s/Bob Rabon
BOB RABON
Kile, Rabon & Wolf
114 North 2nd Street
P.O. Box 726
Hugo, Oklahoma 74743

Tel.: (580) 326-6427

Attorney of Record for Choctaw Nation
of Oklahoma and Chickasaw Nation

Attachment