# In the United States Court of Federal Claims

Consolidated Case No. 89-218 L

(Filed: February 23, 2007)

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,** Plaintiff, v. **THE UNITED STATES,** Defendant. | * | Case No. 89-218 L |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** Plaintiffs, v. **THE UNITED STATES,** Defendant. | * | Case No. 89-630 L |

## ORDER

On February 16, 2007, the parties filed a joint status report ("JSR") pursuant to the Court's Order dated February 7, 2007, informing the Court that the parties are waiting for Congress to appropriate an additional amount of $9,046,486 to carry out the provisions of the Settlement Act. The parties also informed the Court in the JSR that the Cherokee Nation and Patton Boggs are in the process of finalizing a settlement agreement and that the former has requested a stay of briefing of the case on appeal to the Federal Circuit.

It is hereby ORDERED that the parties file another JSR on or before **April 24, 2007**, informing the Court of the amount of the appropriations Congress has made to date and of the

status of the proceedings before the Federal Circuit.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge