**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 89-218 L**

| | | |
|---|---|---|
| **CHEROKEE NATION OF OKLAHOMA,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | ) | **No. 89-218 L** <br><br> **Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,** <br> **Plaintiffs,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | ) | **No. 89-630 L** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 27, 2007, the parties are filing this Joint Status Report addressed to two issues: (1) the proposed settlement between the Cherokee Nation of Oklahoma and the Patton Boggs law firm of Patton Boggs' attorney fees claim; and (2) Congress' additional appropriations in Fiscal Year 2007 to carry out the provisions of the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act.

I. Proposed Settlement of Patton Boggs' Claim for Attorney Fees.

The Cherokee Nation and Patton Boggs have settled the Patton Boggs' claim for attorneys

fees. All the requisite paperwork has been submitted to BIA and the Office of Special Trustee and the wire transfer of the agreed upon settlement amount was made on April 17, 2007. The Interior headquarters has yet to inform the CNO's Principal Chief, Chad Smith, in writing, of the April 17, 2007 transfer of funds. It is anticipated that the formal notification of Mr. Smith will be sent to him the week of April 30th. In addition, on April 23, 2007, the Cherokee Nation, Patton Boggs and the United States filed a "Rule 42(b) Dismissal Agreement" in the Court of Appeals for the Federal Circuit. Under this Agreement, the parties " . . . jointly stipulate to the dismissal of all claims brought by Patton Boggs in this appeal, **with prejudice.**" (Emphasis supplied). (copy of motion appended hereto).

II. Congress' Additional Appropriations of Funds to Carry out the Settlement Act.

The Joint Status Report filed on February 21, 2007 stated that a total of $10,399,000.00 would have to be appropriated in Fiscal Year 2007 to make the total amount appropriated under the Settlement Act for all three Indian Nations $40,000,000. The Report also stated that $1,292,375.00 (of the $10,339,000.00) had been appropriated in FY 2007.

The Office of Special Trustee now reports that the balance of the $10,339,000 (that is, $10,339,000 minus $1,292,375.00, or $9,046,625) has been appropriated. The breakdown by each Indian Nation of the entire $10,399, 000 is as follows:

A. Cherokee Nation

(1) $4,135,600.00 - - the amount exclusive of the amount deposited in Special Holding Account and the attorneys' fees escrow account;

(2) $516,950.00 - - Special Holding Account; and

(3) $516,950.00 - - Attorney fees' escrow account.

**Total: $5,169,500.00**

B. Choctaw Nation

**$3,877,125.**00

C. Chickasaw Nation

**$1,292,375.00**

Plaintiffs' respective counsel have authorized the government's attorney to sign for them.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail address: james.upton@usdoj.gov

Attorney of Record for United States

s/ James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 N. 5th Street
Muskogee, Oklahoma 74401
Ph: (918) 683-6696
E-mail address: jim@wilcoxenlaw.net

Attorney of Record for Cherokee Nation of Oklahoma

s/ Bob Rabon
BOB RABON
Kile, Rabon and Wolf
114 N. 2nd Street
P.O. Box 726
Hugo, Oklahoma 74743
Ph: (580) 326-6427
E-mail address: bob.rabon@sbcglobal.net

Attorney of Record for Choctaw Nation of Oklahoma and Chickasaw Nation

Attachment