# Attachment

2006-5139

---

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

THE CHEROKEE NATION OF OKLAHOMA,

Plaintiff-Appellee,

v.

PATTON BOGGS, LLP,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

---

## RULE 42(b) DISMISSAL AGREEMENT

Plaintiff-Appellee, the Cherokee Nation of Oklahoma ("Cherokee Nation"), Plaintiff-Appellant, Patton Boggs, LLP ("Patton Boggs"), and Defendant-Appellee, the United States, by their undersigned counsel, pursuant to Federal Rules of Appellate Procedure 42(b), hereby jointly stipulate to the dismissal of all claims brought by Patton Boggs in this appeal, ***with prejudice***. Each party shall bear its own costs and attorneys' fees with regard to those claims.

Dated: April 23, 2007

Respectfully submitted,

Arthur Lazarus, Jr.
Anne D. Noto
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, DC 20005
(202) 682-0240 (office)
(202) 682-0249 (fax)
*Special Counsel for Cherokee Nation*

Respectfully submitted,

Ryan D. Nelson
By Arthur Lazarus, Jr.
ARTHUR LAZARUS, JR.

Ryan D. Nelson
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044
(202) 514-0624 (office)
*Counsel for the United States of America*

Respectfully submitted,

David P. Callet
David S. Panzer
Greenberg Traurig LLP
800 Connecticut Ave, NW, Suite 500
Washington, DC 20006
(202) 331-3100 (office)
(202) 331-3101 (fax)

and

Michael J. Schaengold
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6523 (office)
(202) 457-6315 (fax)

*Counsel for Patton Boggs LLP*

## PROOF OF SERVICE

On this 23th day of April, 2007, I caused two copies of the foregoing RULE 42(b) DISMISSAL AGREEMENT to be delivered by U.S. Mail, postage pre-paid, upon:

Ryan D. Nelson
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources
Division
P.O. Box 7415, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0624
*Counsel for the United States*

Arthur Lazarus, Jr.
Anne D. Noto
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, DC 20005
(202) 682-0240 (office)
(202) 682-0249 (fax)
*Special Counsel for Cherokee Nation*

Michael J. Schaengold
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6523 (office)
(202) 457-6315 (fax)
*Counsel for Patton Boggs LLP*

[signature]
Counsel