# In the United States Court of Federal Claims

Consolidated Case No. 89-218 L

(Filed: May 3, 2007)

| | | |
|---|---|---|
| **THE CHEROKEE NATION OF OKLAHOMA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | * | Case No. 89-218 L |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | * | Case No. 89-630 L |

**ORDER**

On April 24, 2007, the parties filed a joint status report ("JSR") in which they informed the Court that: (1) the Cherokee Nation and Patton Boggs have settled Patton Boggs' claim for attorneys fees and a "Rule 42(b) Dismissal Agreement" has been filed in the Federal Circuit; and (2) the Office of Special Trustee has reported that the balance of the amount payable to Plaintiffs ($10,339,000.00) has been appropriated by Congress.

In light of the above, it is hereby ORDERED that the parties file another JSR on or before **June 29, 2007**, informing the Court, *inter alia*, of what needs to be done (and when it is expected that it will be done) before the Consent Decree, received in the Clerk's Office on January 8,

2003, can be filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge