ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
APR 24 2007
U.S. COURT OF
FEDERAL CLAIMS

2006-5139

THE CHEROKEE NATION OF OKLAHOMA,

Plaintiff-Appellee,

v.

PATTON BOGGS, LLP,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly /s/

Jan Horbaly
Clerk

04/24/07

cc: Clerk's Office, CFC
David P. Callet
Ryan D. Nelson
Arthur Lazarus, Jr.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 24 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 04/24/07

CHEROKEE NATION V US, 2006-5139
CFC - 89-CV-218

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: Jana Bezzana Date: 4/24/07