**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Consolidated Case No. 89-218 L**

| | | |
|---|---|---|
| **CHEROKEE NATION OF OKLAHOMA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 89-218 L** |
| | | **Chief Judge Edward Damich** |
| **THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 89-630 L** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 3, 2007, the parties are filing this Joint Status Report. The parties agree that Congress has made the requisite appropriations in Fiscal Year 2007 to carry out the provisions of the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act and that the funds so appropriated have, in fact, been paid over to the Cherokee Nation, Choctaw Nation and Chickasaw Nation. The parties agree that nothing more remains to be done before the Court can enter the Consent Decree lodged with the Court in 2003.

Plaintiffs' respective counsel have authorized the government's attorney to sign for them.

Dated this 29th day of June, 2007.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail address: james.upton@usdoj.gov

Attorney of Record for United States

s/ James G. Wilcoxen
JAMES G. WILCOXEN
Wilcoxen & Wilcoxen
112 N. 5th Street
Muskogee, Oklahoma 74401
Ph: (918) 683-6696
E-mail address: jim@wilcoxenlaw.net

Attorney of Record for Cherokee Nation of Oklahoma

s/ Bob Rabon
BOB RABON
Kile, Rabon and Wolf
114 N. 2nd Street
P.O. Box 726
Hugo, Oklahoma 74743
Ph: (580) 326-6427
E-mail address: bob.rabon@sbcglobal.net

Attorney of Record for Choctaw Nation of Oklahoma and Chickasaw Nation