# In the United States Court of Federal Claims

Consolidated Case No. 89-218 L

(Filed: July 20, 2007)

******************************************

**THE CHEROKEE NATION OF OKLAHOMA,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

Case No. 89-218 L

******************************************

******************************************

**THE CHOCTAW NATION OF OKLAHOMA AND THE CHICKASAW NATION,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

Case No. 89-630 L

******************************************

## ORDER

On June 28, 2007, the parties filed a joint status report informing the Court that Congress made the remaining appropriations in Fiscal Year 2007 required to carry out the provisions of the Cherokee, Choctaw, and Chickasaw Nations Claims Settlement Act and that all appropriated funds have now been paid to Plaintiffs. Accordingly, the parties stipulated that "nothing more remains to be done before the Court can enter the Consent Decree lodged with the Court in 2003."

Wherefore, pursuant to the terms of the attached Consent Decree entered of record this day, IT IS ORDERED AND DECREED that these actions are dismissed with prejudice in accordance with Title VI of the Act, and IT IS FURTHER ORDERED that the Clerk of the Court shall enter a judgment of dismissal with prejudice in dockets 218-89 L and 630-89 L.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE CHEROKEE NATION OF OKLAHOMA

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

THE CHOCTAW NATION OF OKLAHOMA
AND THE CHICKASAW NATION

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 218-89L
No. 630-89L
(Consolidated)
Honorable Edward J. Damich

**CONSENT DECREE AS REQUIRED BY SECTION 605(a) OF PUBLIC LAW 107-331**

Acting in accordance with the provisions of Title VI of Public Law 107-331, the Act of December 13, 2002 ("the Act"), the three plaintiffs in these above-captioned consolidated actions ("these actions"), that is, the Cherokee Nation, the Choctaw Nation, and the Chickasaw Nation (collectively "the Indian Nations"), and the defendant, the United States of America, through their respective attorneys of record, have timely lodged this Consent Decree as required by subsection 605(a) of the Act. This consent decree is agreed to among the parties herein and lodged with this Court this date with the further agreement that the same shall not be entered of record by this Court until all appropriations required by Sections 605 and 606, as modified by Sections 608 and 609, of

the Act have been made and deposited into the appropriate tribal trust fund accounts.

WHEREAS, the Act establishes a complete legislative resolution of these actions; and

WHEREAS, upon entry of this decree pursuant to section 605(a) of the Act, the Plaintiffs waive, release and dismiss all the claims they have asserted or could have asserted in Case Nos. 218-89L and 630-89L, pending before this Court; and

WHEREAS, the Act provides that the parties to these actions shall move for entry of this consent decree at such time as all appropriations by Congress pursuant to the authority of Title VI of the Act have been made and deposited into the appropriate tribal trust fund account of the Indian Nations as described in sections 605 and 606 and as modified by sections 608 and 609 of the Act; and

WHEREAS, upon motion of the parties for the entry of this consent decree, in accordance with subsection 605(a), attesting to the satisfaction of all conditions precedent to the extinguishment of the plaintiffs' claims pursuant to Title VI of the Act,

IT IS ORDERED AND DECREED that these actions are dismissed with prejudice in accordance with Title VI of the Act, and

IT IS FURTHER ORDERED that the Clerk of the Court shall enter an judgment of dismissal with prejudice in dockets 218-89-L and 630-89 L.

LODGED BY PARTIES, THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD:

Date: January 6, 2003

BOB RABON
Attorney of Record for the Choctaw Nation and the Chickasaw Nation
Rabon, Wolf and Rabon
P.O. Drawer 726
Hugo, OK 74743
(580) 326-6427

Date: January 3, 2003

JAMES G. WILCOXEN
Attorney of Record for the Cherokee Nation
Wilcoxen & Wilcoxen
P.O. Box 357
Muskogee, OK 74402
(918) 683-6696

Date: January 8, 2003

R. ANTHONY ROGERS
Attorney of Record for Defendant
General Litigation Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0483

ORDERED AND DECREED:

Date: July 20, 2007

EDWARD J. DAMICH
Chief Judge