# In the United States Court of Federal Claims

**Nos. 218-89 L and 630-89 L**
**(consolidated)**

**THE CHEROKEE NATION OF OKLAHOMA**
**and THE CHOCTAW NATION OF OKLAHOMA**
**AND THE CHICKASAW NATION**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 20, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints are dismissed, with prejudice.

Brian Bishop
Clerk of Court

July 20, 2007 By: s/ Debra L. Samler

Deputy Clerk